United States District Court
Southern District of Texas
FILED

JAN 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER AND | : | |
| TENET HEALTHCARE, LTD | : | (JURY REQUESTED) |

## BROWNSVILLE MEDICAL CENTER'S LIST OF INDIVIDUALS AND ENTITIES FINANCIALLY INTERESTED IN LITIGATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW TENET HEALTHCARE, LTD. d/b/a Brownsville Medical Center, hereafter referred to as Brownsville Medical Center or BMC, a defendant in the above-entitled and numbered cause, and files this its List of Entities Financially Interested in Litigation to the knowledge of this defendant in accordance with the Court's Order Setting Conference, and for cause therefore would respectfully show unto the Court as follows:

I.

Defendant Brownsville Medical Center identifies the following:

1. Tenet Healthcare, Ltd., d/b/a Brownsville Medical Center;

2. Tenet Healthcare, Ltd. is a Texas Limited Partnership. The general partner of this Texas Limited Liability Partnership is Lifemark Hospitals, Inc., a Delaware Corporation. Limited partners are the following Texas Corporations: Heights Medical Center, Inc., Twelve Oaks Medical Center, Inc., and Lifemark Hospitals of Texas, Inc. Tenet Healthcare Ltd. is an affiliate of <u>Tenet Healthcare Corporation</u>, a publicly traded corporation.

3. Arturo Carreon, plaintiff.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
Phone  956/428-7495
Fax      956/428-2954
FCHamby@adamsgraham.com
WillHughes@adamsgraham.com

By: _____
     **Will Hughes**
     State Bar No.10240100
     Federal I.D. No. 15809
     **Ferriel C. Hamby, Jr.**
     State Bar No. 08817000
     Federal I.D. No. 1097
     **Roger W. Hughes**
     State Bar No.10229500
     Federal I.D. No. 5950
ATTORNEYS FOR DEFENDANT
**BROWNSVILLE MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 14th day of January, 2004.

| | |
|---|---|
| Mr. Denis A. Downey<br>ATTORNEY AT LAW<br>1185 F.M. 802, Suite 3<br>Brownsville, TX 78521 | *Via CM/RRR No. 7003 0500*<br>*0002 3843 9383* |

_____