IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2004

Michael N. Milby
Clerk of Court

ARTURO CARREON

VS.                                        CIVIL ACTION NO. B-03-234

BROWNSVILLE MEDICAL CENTER AND
TENET HEALTHCARE, LTD                      (JURY REQUESTED)

## BROWNSVILLE MEDICAL CENTER'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, defendant Brownsville Medical Center submits the following initial disclosures:

(A)   the names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

**RESPONSE:**

Risk Manager - Works with defense counsel for hospital and assists in formulating discovery responses. Discoverable information is limited to discovery responses.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Alejandro Hernandez, RHIT, and/or
Custodian of Medical Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Francis Makiolke, and/or
Custodian of Billing Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Carrie Montalvo, and/or
Custodian of Laboratory Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Rudy Cuellar, and/or
Custodian of Radiology Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

**Defendant, Brownsville Medical Center, reserves the right to call for direct or cross examination any of the following physicians and allied healthcare providers as having knowledge of facts and/or as expert witnesses in this case. By so designating, Defendant does not necessarily attest to the truth, veracity or qualifications of those persons identified, rather, Defendant so identifies potential expert witnesses whose knowledge of facts or circumstances directly or indirectly related to this case may, of necessity and substance, require the expression of expert opinion. The below physicians' and health care providers' connection to the case is as identified in the medical records.**

## Physicians

Dr. Ivan G. Melendez - ED Physician for 1st visit.
1216 North 5th St.
McAllen, TX 78501
956-585-8688

Dr. Christopher E. Olson - Mentioned in records of 2nd ER visit.
1134 Los Ebanos Blvd.
Brownsville, TX 78520
956-544-6727

Dr. Jose A. Bossolo - Mentioned in records of 2nd ER visit.
864 Central Blvd., Suite #2900
Brownsville, TX 78520
956-504-6996

Dr. Timothy Rogler-Brown - ED physician for 2nd ED visit.
6500 Padre Blvd., Unit 4
Brownsville, TX 78520

APN employed by First Responders Emergency Physician. Exact name unknown. Saw plaintiff during second ER visit.

**Defendant identifies the following current and former employees of Brownsville Medical Center identified in the medical records. These employees identified would have knowledge about the aspect of the hospital services related the respective employees area of responsibility or related to that particular employees position within the hospital.**

<u>**Hospital Employees:**</u>
Doug Sparks, R.N.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Ingrid Steinbach, R.N.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Luis Marchan, R.N.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Ann Sharpe, R.N.
No longer at Brownsville Medical Center

      (B)    a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party **that are relevant to disputed facts** alleged with particularity in the pleadings;

**RESPONSE:**

The hospital charts and radiology records. Copies of the two ER records were provided at the 26(f) meeting and films were sent to opposing counsel after the 26(f) conference. Originals would be in the possession of the respective custodians.

      (C)    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injury suffered; and

**RESPONSE:**

Plaintiff has never provided any compilation of any damages.

    (D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

**RESPONSE:**

Defendant has an SIR and a policy of insurance with Hospital Underwriting Group. It is not known whether an insurance policy would cover this statutory claim and defendant will need to supplement.

    Respectfully submitted,

    **ADAMS & GRAHAM, L.L.P.**
    222 E. Van Buren, West Tower
    Harlingen, Texas 78550
    Phone  956/428-7495
    Fax    956/428-2954
    FCHamby@adamsgraham.com
    WillHughes@adamsgraham.com

    By: _____
    **Will Hughes**
    State Bar No.10240100
    Federal I.D. No. 15809
    **Ferriel C. Hamby, Jr.**
    State Bar No. 08817000
    Federal I.D. No. 1097
    **Roger W. Hughes**
    State Bar No.10229500
    Federal I.D. No. 5950
    ATTORNEYS FOR DEFENDANT
    **BROWNSVILLE MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 21st day of January, 2004.

Mr. Denis A. Downey
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

*Via CM/RRR No. 7003 0500
0002 3843 9406*

_____
Will Hughes