7

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 03 / 22 / 04 |
| TIME | 3:35 p.m. — 4:00 p.m. |
| CIVIL ACTION | B-03-234 |
| STYLE | ARTURO CARREON *versus* B'VILLE MED CTR AND TENET HEALTHCARE.LTD |

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):        Denis A. Downey
Attorney(s) for Defendant(s):        Roger Hughes and Will Hughes

---

Comments:

- Claim under EMTALA - only statutory claim, failure to screen, and failure to stabilize. Damages for medical treatment (approx. 12,000) and Pain and Suffering
- Pl went to ER two or three times. X-Rays were taken the first time, he was sent home with an Ace bandage and told to put ice on his leg.
- Parties are amenable to mediation after just a little paper discovery and deposing of Pl and his mother.
- No pending motions.

**Ct. Ruling: Ordered mediation to occur by May 15, 2004.**