

United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| BROWNSVILLE MEDICAL CENTER AND TENET HEALTHCARE, LTD. | : | (JURY REQUESTED) |

## UNOPPOSED JOINT MOTION FOR EXTENSION OF MEDIATION DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW plaintiff Arturo Carreon and defendant Brownsville Medical Center and jointly move for an extension of the May 15, 2004, mediation deadline and in support thereof would respectfully show unto the Court as follows:

I.

### Certificate of Conference

The parties conferred and are in agreement.

II.

### Motion for Extension of Deadlines

Brownsville Medical Center and the plaintiff jointly move that the honorable Court extend the mediation deadline until such time as the defendant obtains subsequent written records for follow-up care and deposes the plaintiff. After the pretrial conference BMC subpoenaed records from subsequent treating healthcare providers. BMC needs the subsequent treatment records before it can depose the plaintiff and the mother of the plaintiff. This honorable Court at the Initial Pretrial Hearing on March 22, 2004, orally

announced from the bench that the parties would be required to mediate this case by May 15, 2004. Through no fault of the parties, there has been a delay in obtaining subsequent treatment records. The Court at the pretrial hearing did orally state that her honor would allow the hospital to take the two fact witness depositions and obtain paper discovery. Counsel for the hospital requires the discovery outlined above in order to properly evaluate this case and make a recommendation to the defendant prior to a mediation. Plaintiff and defendant jointly move for an extension.

WHEREFORE, PREMISES CONSIDERED, plaintiff and defendant request that the Court allow the mediation to take place following the discovery outlined above.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: _____
Will Hughes
State Bar No. 10240100
Federal ID No. 15809

**ATTORNEYS FOR DEFENDANT**
**BROWNSVILLE MEDICAL CENTER**

**LAW OFFICES OF DENIS DOWNEY**
1185 F.M. 802, Suite 3
Brownsville, TX 78521
956/544-0561

By: _____
Denis Downey
State Bar No. 06085500
Federal ID No. 1186
**ATTORNEYS FOR PLAINTIFF**
**ARTURO CARREON**

announced from the bench that the parties would be required to mediate this case by May 15, 2004. Through no fault of the parties, there has been a delay in obtaining subsequent treatment records. The Court at the pretrial hearing did orally state that her honor would allow the hospital to take the two fact witness depositions and obtain paper discovery. Counsel for the hospital requires the discovery outlined above in order to properly evaluate this case and make a recommendation to the defendant prior to a mediation. Plaintiff and defendant jointly move for an extension.

WHEREFORE, PREMISES CONSIDERED, plaintiff and defendant request that the Court allow the mediation to take place following the discovery outlined above.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: _____
Will Hughes
State Bar No. 10240100
Federal ID No. 15809

**ATTORNEYS FOR DEFENDANT**
**BROWNSVILLE MEDICAL CENTER**

**LAW OFFICES OF DENIS DOWNEY**
1185 F.M. 802, Suite 3
Brownsville, TX 78521
956/544-0561

By: _____
Denis Downey
State Bar No. 06085500
Federal ID No. 1186
**ATTORNEYS FOR PLAINTIFF**
**ARTURO CARREON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 3rd day of May, 2004.

Mr. Denis A. Downey
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

_____
Will Hughes