IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO CARREON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-03-234 |
| | § | |
| BROWNSVILLE MEDICAL CENTER AND | § | |
| TENET HEALTHCARE, LTD. | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on May 5, 2004, the Court **GRANTED** the parties' Joint Motion for Extension of Mediation Deadline [Dkt. No. 8]. Mediation shall be conducted after the parties have obtained the limited paper discovery needed to effectively participate in mediation. The parties are free to contact United States Magistrate Judge Felix Recio for mediation or they may mediate this case before another qualified mediator agreeable to all parties. The parties are **ORDERED** to submit a status report on their efforts to mediate on or before June 15, 2004.

DONE this 5th day of May 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1