10

United States District Court
Southern District of Texas
FILED

JUN 15 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARTURO CARREON :
:
VS. : CIVIL ACTION NO. B-03-234
:
BROWNSVILLE MEDICAL CENTER :
AND TENET HEALTHCARE, LTD. : (JURY REQUESTED)

**BROWNSVILLE MEDICAL CENTER'S STATUS REPORT AND REQUEST FOR LEAVE TO TAKE DEPOSITIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Brownsville Medical Center and advises the Court in accordance with the Court's Order of the status of this case, and comes now Brownsville Medical Center and moves for leave to take depositions of the plaintiff and his mother and would respectfully show unto the Court in support of same the following:

I.

Status Report

At the pretrial conference the honorable Court ordered that the parties medicate this case. At the pretrial conference defendant Brownsville Medical Center's attorney requested authority to obtain written discovery and depositions of the plaintiff and the mother of the plaintiff. The Court ordered that the parties mediate this case and indicated that it would allow some preliminary discovery so as to enable the hospital to evaluate the case and allow defense counsel to make a recommendation to its client. Thereafter, the parties filed their Unopposed Joint Motion for Extension of Mediation Deadline requesting that the Court allow additional time to obtain written discovery and allow the hospital to depose the plaintiff and the plaintiff's mother. The Court granted the parties' Unopposed

Joint Motion for Extension of Mediation Deadline but in the Court's May 5, 2004, Order only provided that the parties could obtain limited paper discovery needed to effectively participate in mediation. The attorney for Brownsville Medical Center, through his legal secretary, has attempted to contact plaintiff's counsel. Phone calls to plaintiff's counsel reach an answering machine. On the last two occasions contact was attempted, the undersigned's office has been unable to leave messages because the voice-mail box was full. Counsel for the undersigned sent a proposed Joint Status Report to plaintiffs counsel on June 10, 2004, via facsimile. See attached copy of Exhibit A, draft Joint Status Report and Brownsville Medical Center's Unopposed Request for Leave to Take Depositions. The undersigned to date has received no response and defendant believes opposing counsel, who has been cooperative, may be on vacation. See and compare Unopposed Joint Motion for Extension of Mediation Deadline. The parties in their Joint Motion contemplated obtaining paper discovery and taking depositions.

II.

Request for Leave

Brownsville Medical Center requests leave to take the depositions of the plaintiff and the plaintiff's mother prior to mediating this matter.

III.

Conference Averment

Defendant has attempted to confer with opposing counsel and has been unable to do so.

WHEREFORE, PREMISES CONSIDERED, defendant prays that the Court accept the Status Report and grant Brownsville Medical Center leave to depose the

two fact witnesses mentioned in this motion..

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: ______________________
Will Hughes
State Bar No. 10240100
Federal ID No. 15809

**ATTORNEYS FOR DEFENDANT BROWNSVILLE MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 16 day of June, 2004.

Mr. Denis A. Downey
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

**Via CMRRR#7003 0500 0002 3844 2772 and Regular Mail**

______________________
Will Hughes

LAW OFFICES OF
**ADAMS & GRAHAM, L.L.P.**
222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
adamsgraham.com
TEL. (956) 428-7495
FAX (956) 428-2954

WILL HUGHES*
willhughes@adamsgraham.com

*Board Certified-Health Law-
Texas Board of Legal
Specialization

June 10, 2004

Mr. Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite 3
Brownsville, TX 78521

**Via Fax No. 956-544-0562**

**Re: Civil Action No. B-03-234**
**Arturo Carreon v. Tenet Healthcare, Ltd. d/b/a**
**Brownsville Medical Center**
**Our File No. B-1479**

Dear Denis:

The Court requested that the parties provide a Status Report to the Court on or before June 15, 2004. Attached hereto is a proposed Status Report. I would request that you execute the Status Report and return to me so that I can file it with the Court prior to June 15, 2004, deadline.

I appreciate your kind courtesies.

Very truly yours,

**ADAMS & GRAHAM, L.L.P.**

By: ______________________
**Will Hughes**

WH/lj

Enclosure(s): As stated.

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | (JURY REQUESTED) |

**JOINT STATUS REPORT AND BROWNSVILLE MEDICAL CENTER'S UNOPPOSED REQUEST FOR LEAVE TO TAKE DEPOSITIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, plaintiff Arturo Carreon and defendant Brownsville Medical Center and jointly advise the Court in accordance with the Court's Order of the status of this case, and comes now Brownsville Medical Center and moves for leave to take depositions of the plaintiff and his mother and, the parties would respectfully show unto the Court in support of same the following:

I.

At the pretrial conference the honorable Court ordered that the parties medicate this case. At the pretrial conference defendant Brownsville Medical Center's attorney requested authority to obtain written discovery and depositions of the plaintiff and the mother of the plaintiff. The Court ordered that the parties mediate this case and indicated that it would allow some preliminary discovery so as to enable the hospital to evaluate the case and allow defense counsel to make a recommendation to its client. Thereafter, the parties filed their Unopposed Joint Motion for Extension of Mediation Deadline requesting

that the Court allow additional time to obtain written discovery so as to give the hospital a chance to depose the plaintiff and the plaintiff's mother. The Court granted the parties' Unopposed Joint Motion for Extension of Mediation Deadline but in the Court's May 5, 2004, Order only provided that the parties could obtain limited paper discovery needed to effectively participate in mediation.

II.

Unopposed Request for Leave

Brownsville Medical Center requests leave to take the depositions of the plaintiff and the plaintiff's mother prior to mediating this matter.

WHEREFORE, PREMISES CONSIDERED, plaintiff and defendant request that the Court accept the Joint Status Report and grant Brownsville Medical Center leave to depose the two fact witnesses mentioned in this motion..

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: ______________________________
Will Hughes
State Bar No. 10240100
Federal ID No. 15809

**ATTORNEYS FOR DEFENDANT BROWNSVILLE MEDICAL CENTER**

**LAW OFFICES OF DENIS DOWNEY**
1185 F.M. 802, Suite 3
Brownsville, TX 78521
956/544-0561

By: ______________________________
Denis Downey
State Bar No. 06085500
Federal ID No. 1186
**ATTORNEYS FOR PLAINTIFF ARTURO CARREON**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the ______ day of June, 2004.

Mr. Denis A. Downey
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

______________________________
Will Hughes

LAW OFFICES OF

**ADAMS & GRAHAM, L.L.P.**

WILL HUGHES*
willhughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
adamsgraham.com
TEL. (956) 428-7495
FAX (956) 428-2954

*Board Certified-Health Law-
Texas Board of Legal
Specialization

FAX TRANSMISSION SHEET

DATE: June 10, 2004 TOTAL NO. OF PAGES: 5 (including this page)

FROM: Will Hughes FILE NO.: B-1479

TO : Mr. Denis A. Downey **Via Fax No. 956-544-0562**

**Re: Civil Action No. B-03-234**
**Arturo Carreon v. Tenet Healthcare, Ltd. d/b/a**
**Brownsville Medical Center**
**Our File No. B-1479**

PLEASE CALL **LINA** AT 956/428-7495 IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION OF THIS DOCUMENT.

1

[1] This document and the documents that accompany this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity stated on this form. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly forbidden and prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for the disposition of the original documents.

HP Fax Series 900
Plain Paper Fax/Copier

Fax . tory Report for
ADAMS&GRAHAM LLP
(956)428-2954
Jun 10 2004 1:00pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 10 | 12:58pm | Sent | 19565440562 | 2:21 | 5 | OK |

Result:
OK - black and white fax