IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumado

| | | |
|---|---|---|
| ARTURO CARREON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-03-234 |
| | § | |
| BROWNSVILLE MEDICAL CENTER AND | § | |
| TENET HEALTHCARE, LTD. | § | |
| Defendants. | § | |

## ORDER

    BE IT REMEMBERED that on June 23, 2004, the Court **GRANTED** Defendant Brownsville Medical Center's Request for Leave to Take Depositions [Dkt. No. 10]. As Defendant recited in its motion, the Court recently granted the parties time to conduct preliminary discovery in this case so the parties could better participate in mediation. The Court's order extending the time to mediate granted the parties leave to conduct limited *paper* discovery only. Defendant now requests leave to take the depositions of the plaintiff and the mother of the plaintiff. Defendant attempted to contact Plaintiff's counsel to confer regarding this motion, but surmising that Plaintiff's counsel was out of town at the time, filed this motion without conference. Defendant filed the motion on June 15, 2004. Having not received any filings or response from Plaintiff's counsel, and noting that at the recent initial pretrial conference the Court stated that some preliminary discovery would be allowed so that the parties could better prepare for an early mediation, the Court **GRANTS** Defendant's request. Should Plaintiff have a well-based reason to object, the Court may reconsider its decision.

    DONE this 23rd day of June 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge