13
12

United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT            ☆            SOUTHERN DISTRICT OF TEXAS
JUN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

ARTURO CARREON                          §

vs.                                     §            Civil Action No. B- 03-234

BROWNSVILLE MEDICAL CENTER              §
AND TENET HEALTHCARE, LTD.

## SCHEDULING ORDER

1. Trial: Estimated time to try:  _2-3_  days.                    ☐ Bench   ■ Jury

2. New parties must be joined by:                                 _7/9/2004_
   *Furnish a copy of this scheduling order to new parties.*

3. Mediation Status Report to be filed by:                        _8/2/2004_

4. The plaintiff's experts will be named with a report furnished by:   _9/20/2004_

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:                                _12/20/2004_
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

7. Dispositive Motions will be filed by:                          _1/20/2005_

8. Joint pretrial order is due:                                   _4/14/2005_

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   _4/27/2005_

10. Jury Selection is set for 9:00 a.m. on:                       _5/9/2005_
    *(The case will remain on standby until tried)*

Signed_____June 28_____, 2004, at Brownsville, Texas.

Hilda Tagle

Hilda G. Tagle
United States District Judge