United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | (JURY REQUESTED) |

### BROWNSVILLE MEDICAL CENTER'S MEDIATION STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Brownsville Medical Center, sued herein as Brownsville Medical center and Tenet Healthcare, Ltd., the limited partnership owning the hospital at the time in question and in accordance with this honorable Court's scheduling order of June 28, 2004, files this its Mediation Status Report and would respectfully show unto the Court the following:

I.

Mediation Status Report

Counsel for the hospital contacted Mr. Downey's office by phone on July 30, 2004, and by correspondence on July 2, 2004, concerning the mediation of this case. A copy of the July 2, 2004, correspondence is attached as Exhibit A. Mr. Downey's office did agree to have Mr. Downey visit with the undersigned about mediating this matter.

Plaintiff and the defendant in this case have scheduled through their offices for the depositions of the plaintiff and the plaintiff's mother which are noticed for August 3, 2004. Defense counsel represents to the Court that he will discuss mediating this matter with plaintiff's counsel when they meet for depositions in this matter.

II.

Conference Averment
---

Defendant has attempted to confer with opposing counsel concerning this Mediation Status Report and has been unable to directly communicate with opposing counsel as opposing counsel's office informed the undersigned that opposing counsel was out of the office.

WHEREFORE, PREMISES CONSIDERED, defendant prays that the Court accept the Mediation Status Report and for such other and further relief to which defendant is entitled at law and in equity.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: _____
Will Hughes
State Bar No. 10240100
Federal ID No. 15809

**ATTORNEYS FOR DEFENDANT
BROWNSVILLE MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the _2nd_ day of August, 2004.

Mr. Denis A. Downey  **Via Hand Delivery**
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

_____
Will Hughes

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

WILL HUGHES
Board Certified in Health Law
Texas Board of Legal Specialization

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
adamsgraham.com

TEL. (956) 428-7495
FAX (956) 428-2954

willhughes@adamsgraham.com

July 2, 2004

Mr. Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite 3
Brownsville, TX 78521

Re: Civil Action No. B-03-234
    Arturo Carreon v. Tenet Healthcare, Ltd. d/b/a
    Brownsville Medical Center
    Our File No. B-1479

Dear Mr. Downey:

I received a copy of the Court's Scheduling Order. We are require to provide a mediation status report to the Court no later than August 2, 2004. Please let me know your thoughts on whether you are agreeable to having a Magistrate Judge mediate the case or if you would prefer a private mediator. I understand the Magistrate Judge will mediate the case at no cost.

I would like to go ahead and get the deposition of your client and your client's mother scheduled in the near future. Please provide dates as soon as possible that your client and your client's mother are available for deposition. Following that, I think we need to have the mediation scheduled in advance of the mediation status report deadline.

Assuming this case can not be resolved, we can discuss the additional discovery.

I appreciate your kind courtesies.

Very truly yours,

ADAMS & GRAHAM, L.L.P.

By: _____
    Will Hughes

WH/lj

Enclosure(s): As stated.

Exhibit A