IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARTURO CARREON,            )(
    Plaintiff          )(
                           )(
VS.                        )(  CIVIL ACTION NO. B-03-234
                           )(  (JURY REQUESTED)
BROWNSVILLE MEDICAL CENTER )(
AND TENET HEALTHCARE, LTD.,)(
    Defendants         )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
YOLANDA ALEMAN
AUGUST 3, 2004

COPY

---

    ORAL AND VIDEOTAPED DEPOSITION OF YOLANDA ALEMAN, produced as a witness at the instance of the DEFENDANT BROWNSVILLE MEDICAL CENTER, taken in the above-styled and numbered cause on AUGUST 3, 2004, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of Denis A. Downey, Attorney at Law, 1185 F.M. 802, Suite 3, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

BRYANT & STINGLEY, INC.
McAllen        Harlingen        Brownsville
(956)618-2366  (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)

```
15:48:32  1   him, then, yes.  That's when I took him to Santa Maria.
15:48:35  2       Q.  Okay.  So your testimony is in between the 7th
15:48:38  3   and the 14th, the two Brownsville Medical Center
15:48:43  4   emergency room visits, you didn't try to get your son
15:48:46  5   in to see a doctor?
15:48:48  6       A.  No.
15:49:01  7       Q.  Okay.
15:49:10  8               THE VIDEOGRAPHER:  I'm sorry.  Can I take
15:49:11  9   a quick break to swap tapes?
15:49:13 10               MR. HUGHES:  Sure.
15:51:04 11               (Brief recess)
15:56:12 12               THE VIDEOGRAPHER:  We're on the record.
15:56:13 13       Q.  Okay.  Ms. Aleman, I'd like to go ahead and
15:56:17 14   finish up, if we could.  Have you understood my
15:56:21 15   questions up to this point in time, ma'am?
15:56:26 16       A.  Yes.
15:56:27 17       Q.  Okay.  Great.  And you've answered them to the
15:56:29 18   best of your ability, correct?
15:56:34 19       A.  Yes.
15:56:36 20       Q.  Okay.  Great.  Great.  You've indicated -- what
15:56:37 21   we marked as the physician bills, the emergency room
15:56:42 22   and radiology physician bills as exhibits to your
15:56:46 23   deposition, you indicated you paid those already, I
15:56:49 24   guess, ma'am; is that right?
15:56:51 25       A.  Yes.
```

| | | |
|---|---|---|
| 16:10:35 | 1 | that similar to what you remember? |
| 16:10:37 | 2 | A. On the 11th, that's when I took him to the |
| 16:10:55 | 3 | hospital? |
| 16:10:55 | 4 | Q. No. On the 11th -- it says, "Date & Onset of |
| 16:10:59 | 5 | Symptoms." That's when the pain with his right ankle |
| 16:11:03 | 6 | started to happen, and it got worse on the 14th when |
| 16:11:06 | 7 | you took him in because he had intense pain? |
| 16:11:27 | 8 | A. Well, I had to take him back to the hospital, |
| 16:11:31 | 9 | right, to the emergency room, because he was having a |
| 16:11:36 | 10 | lot of pain. The pain never went away. He always had |
| 16:11:41 | 11 | the pain. But what else could I do? Take him back to |
| 16:11:48 | 12 | the emergency room because I did not have insurance to |
| 16:11:50 | 13 | take him to see another doctor. |
| 16:11:51 | 14 | Q. Okay. And you didn't try, per your testimony, |
| 16:11:55 | 15 | to take him to another doctor in between the two ER |
| 16:11:58 | 16 | visits, right? |
| 16:12:08 | 17 | A. Yes. |
| 16:12:08 | 18 | Q. Okay. And then the records indicate the nurse, |
| 16:12:15 | 19 | the triage nurse, unwrapped the splint so your son |
| 16:12:18 | 20 | could get some circulation to his foot because I think |
| 16:12:20 | 21 | his toes were slightly blue. Do you remember that? |
| 16:12:25 | 22 | A. Yes. |
| 16:12:43 | 23 | Q. Okay. And there's also a notation, I think, |
| 16:12:45 | 24 | that your son's toes were slightly numb maybe because |
| 16:12:49 | 25 | of the swelling and because of the pressure of the |

| | | |
|---|---|---|
| 16:17:17 | 1 | second visit, per the ER records, there's a note that |
| 16:17:20 | 2 | he saw a Dr. Rogler-Brown.  Do you remember |
| 16:17:25 | 3 | Dr. Rogler-Brown?  Do you remember that name? |
| 16:17:36 | 4 |           THE INTERPRETER:  Roger? |
| 16:17:38 | 5 |           MR. HUGHES:  Rogler, R-O-G-L-E-R, hyphen, |
| 16:17:43 | 6 | Brown. |
| 16:17:43 | 7 |    A.   Yes. |
| 16:17:45 | 8 |    Q.   Okay.  Does that sound like the name of the |
| 16:17:46 | 9 | second emergency room doctor? |
| 16:17:56 | 10 |    A.   Yes. |
| 16:17:59 | 11 |    Q.   And there's a note in these records that |
| 16:18:08 | 12 | Mr. Carreon, the patient, was seen by the doctor and |
| 16:18:13 | 13 | examined, and there's a note that says, "Dr. Brown |
| 16:18:16 | 14 | spoke to Dr. Olson who will see patient on Monday." |
| 16:18:24 | 15 |           Do you remember Dr. Brown making |
| 16:18:26 | 16 | arrangements for your son to see another doctor after |
| 16:18:29 | 17 | that -- after he was discharged? |
| 16:18:30 | 18 |    A.   Yes. |
| 16:19:03 | 19 |    Q.   Okay.  You remember him making arrangements. |
| 16:19:04 | 20 | What do you remember -- and I'll ask you that in a |
| 16:19:07 | 21 | minute.  Let me back up. |
| 16:19:09 | 22 |           And there's some discharge instructions |
| 16:19:10 | 23 | here, Ms. Aleman.  It says -- it's in English.  And I |
| 16:19:18 | 24 | think -- is that -- you signed those, did you not? |
| 16:19:21 | 25 | Correct? |

| | | |
|---|---|---|
| 16:19:45 | 1 | A. Yes. |
| 16:19:45 | 2 | Q. Okay. That's your signature and there's a |
| 16:19:47 | 3 | witness. I can't read the witness' name -- I'm |
| 16:19:49 | 4 | sorry -- to the left. But the date on that is |
| 16:19:53 | 5 | 12-14-2001, correct? |
| 16:19:54 | 6 | A. Yes. |
| 16:20:07 | 7 | Q. Okay. And the instructions are to see |
| 16:20:09 | 8 | Dr. Olson on Monday, right? |
| 16:20:20 | 9 | A. Yes. Yes. |
| 16:20:21 | 10 | Q. Okay. And you were also instructed to give |
| 16:20:24 | 11 | medications as prescribed for pain in the interim, |
| 16:20:24 | 12 | correct? |
| 16:20:40 | 13 | A. Yes. |
| 16:20:43 | 14 | Q. Okay. And was it your understanding then since |
| 16:20:45 | 15 | Dr. Rogler-Brown, per the record, spoke to Dr. Olson, |
| 16:20:48 | 16 | that he had made arrangements and Dr. Olson had agreed |
| 16:20:51 | 17 | to see your son that following Monday? |
| 16:20:54 | 18 | A. Dr. Brown? |
| 16:21:12 | 19 | Q. Yeah. Well, was it your understanding that |
| 16:21:15 | 20 | Brown -- Dr. Brown, the emergency room doctor, calls or |
| 16:21:19 | 21 | talks to Dr. Olson and made arrangements and got it |
| 16:21:23 | 22 | right with Dr. Olson to agree to see your son the |
| 16:21:26 | 23 | following Monday? |
| 16:21:27 | 24 | A. Yes. |
| 16:21:43 | 25 | Q. Okay. And did you follow up with Dr. Olson, |

| | |
|---|---|
| 16:21:47 1 | you and your son, the following Monday? |
| 16:21:50 2 | A. I don't remember if I already had the insurance |
| 16:22:06 3 | for him, but it is my understanding that he did not see |
| 16:22:08 4 | him because I still did not have his insurance. |
| 16:22:11 5 | Q. Okay. So you-all didn't go to -- follow up |
| 16:22:18 6 | with Dr. Olson because of the insurance, basically. |
| 16:22:21 7 | You waited until you got the insurance? |
| 16:22:23 8 | A. Yes. |
| 16:22:35 9 | Q. Now, we have the Santa Maria Clinic records, |
| 16:22:53 10 | some handwritten notes that we made an exhibit to the |
| 16:22:57 11 | deposition of your -- your son. And these -- the |
| 16:23:02 12 | address, I think, is 525 Villa Maria Boulevard, and I |
| 16:23:07 13 | think that's somewhere close -- somewhere close to the |
| 16:23:08 14 | hospital, but a little bit different from the Central |
| 16:23:12 15 | Diagnostic Clinic location. |
| 16:23:14 16 | But per these records, the first visit to |
| 16:23:19 17 | a doctor after the emergency room visit on December 14 |
| 16:23:23 18 | is January 16. Does that sound -- seem about right? |
| 16:23:28 19 | Would that be consistent with when you remember first |
| 16:23:33 20 | going to the doctors after the emergency room visit? |
| 16:23:36 21 | A. Yes. |
| 16:23:38 22 | Q. Okay. And then there's a note, if you look at |
| 16:23:46 23 | the first note, for January 16, 2002. It says, |
| 16:23:49 24 | "Patient was referred to Dr. Olson," right? |
| 16:24:10 25 | A. Yes. |

BRYANT & STINGLEY, INC.
McAllen        Harlingen        Brownsville
(956)618-2366   (956)428-0755   (956)542-1020
(800)462-0253 (STATEWIDE)

16:24:11   1      Q.  And that's consistent at least with the
16:24:14   2   Brownsville Medical Center emergency room records what
16:24:16   3   was written about the doctor's conversation with Olson,
16:24:20   4   right?  And it's consistent with the discharge
16:24:21   5   instructions you signed indicating that you were
16:24:25   6   referred to Dr. Olson for follow-up, correct?
16:24:51   7      A.  Yes.
16:25:02   8      Q.  And there's also written on this January 16,
16:25:05   9   2002 note -- and I'll read it and -- and ask the
16:25:09  10   interpreter to interpret it then for me and -- and ask
16:25:14  11   you if it's consistent with what was going on at the
16:25:18  12   time.  But it reads, "Was seen at BMC and splinted.
16:25:22  13   Told to see an ortho doctor ASAP but no money."  Is
16:26:03  14   that --
16:26:04  15      A.  In other words, that this doctor --
16:26:09  16      Q.  Well --
16:26:10  17      A.  -- he recommended for me to go see another
16:26:14  18   doctor?  Or I just didn't understand.
16:26:15  19      Q.  Oh, that's okay.  And what I was having her
16:26:19  20   translate is there's a -- the record here indicates
16:26:24  21   that -- when you go see a doctor, you talk to the
16:26:27  22   doctor or your son talks to the doctor and usually you
16:26:29  23   get examined; is that right?  I mean, that's typically
16:26:33  24   how it happens, correct?
16:26:52  25      A.  Yes.

| | |
|---|---|
| 16:26:52 1 | Q. They do what they -- what's called take a |
| 16:26:54 2 | history. Basically, they ask you questions about the |
| 16:26:58 3 | care you had prior to coming to see them? |
| 16:27:04 4 | A. Yes. |
| 16:27:16 5 | Q. That's typically how it happens. And you |
| 16:27:20 6 | exchange communications, just like you and I are now, |
| 16:27:23 7 | verbally, and you also sometimes sign forms and |
| 16:27:28 8 | write -- you know, write down your signature and |
| 16:27:31 9 | exchange communication in writing, right? |
| 16:27:55 10 | A. Yes. |
| 16:27:58 11 | Q. Okay. And -- and I don't know -- Carreon |
| 16:28:01 12 | Exhibit No. 3 -- who wrote that, and I'm not asking you |
| 16:28:05 13 | who wrote it because I'm not sure if it was the doctor |
| 16:28:07 14 | or the nurse or whoever. I think it may have been the |
| 16:28:10 15 | doctor. But -- or at the clinic. |
| 16:28:12 16 | But at least it says here, "Was seen at |
| 16:28:15 17 | BMC and told to see an ortho." And it says, "but no |
| 16:28:21 18 | money," basically. |
| 16:28:23 19 | Is that consistent with what your |
| 16:28:25 20 | recollection is; because you didn't have insurance, you |
| 16:28:28 21 | just didn't follow up with an orthopedic? |
| 16:29:23 22 | A. Yes. |
| 16:29:24 23 | Q. And, Ms. Aleman, your son indicated, and I |
| 16:29:32 24 | think you may have indicated at the beginning of your |
| 16:29:34 25 | deposition, that some doctor at the clinic said you |

16:29:38  1   should seek legal help or was critical of the way the
16:29:43  2   care had been handled up to that point in time.
16:29:46  3              Do you remember anybody criticizing the
16:29:47  4   care provided your son up to that point in time?
16:30:23  5        A.   That my son said that?
16:30:26  6        Q.   No.  Do you remember anybody at the Santa Maria
16:30:30  7   Clinic or Dr. Lenz' office criticizing any other
16:30:36  8   healthcare provider or the way the care had been given
16:30:39  9   up to that point in time?
16:30:56 10        A.   Well, they told him they -- they should have
16:30:59 11   operated on him and that they did not know why they did
16:31:03 12   not operate on him since he had -- his foot was broken.
16:31:07 13        Q.   Okay.  So someone at the clinic suggested that
16:31:10 14   your son should have had an operation?
16:31:13 15        A.   Yes, because it was broken.
16:31:22 16        Q.   Okay.  And that was all they said?  Did they
16:31:27 17   say anything else aside from that?
16:31:29 18        A.   Only.
16:31:36 19        Q.   Okay.  Only that he should have been operated
16:31:38 20   on?
16:31:38 21        A.   Yes.
16:31:45 22        Q.   Okay. Here's Carreon Exhibit No. 5, an office
16:31:49 23   note from Dr. Achleitner.  And I'll give you a minute
16:31:52 24   to read that, if you'd like, ma'am.
16:33:17 25              (Pause)

```
16:33:18   1        Q.  You've had a chance to look at -- I guess it's
16:33:21   2   Carreon Exhibit No. 5.
16:33:23   3        A.  (Moving head up and down.)
16:33:24   4        Q.  Yes, ma'am?
16:33:24   5        A.  Yes.
16:33:29   6        Q.  Okay.  That's dated January 25, 2002?
16:33:37   7        A.  Yes.
16:33:38   8        Q.  Okay.  And if you look at Exhibit No. 3, it
16:33:41   9   says here for the January 16 visit, it says, "Referred
16:33:46  10   to," and then it has a "Dr. Olson" there.  See?  It has
16:33:53  11   Dr. Olson's name, but it's written through, right?
16:33:57  12   They struck it out?
16:34:19  13        A.  Yes.
16:34:20  14        Q.  Okay.  It's struck out.  Then they wrote
16:34:23  15   in "Dr. Achleitner," right?
16:34:26  16        A.  Yes.
16:34:27  17        Q.  So the referral was to Dr. Achleitner, correct?
16:34:35  18        A.  Yes.
16:34:36  19        Q.  Okay.  And you were with your son on the
16:34:37  20   January 16, 2002 visit?
16:34:41  21        A.  Yes.
16:34:48  22        Q.  Okay.  And on that January 16, 2002 visit, they
16:34:51  23   made a referral to you to see Dr. Achleitner, it looks
16:34:55  24   like, on January 25 of 2002, correct?
16:35:09  25        A.  Yes.
```

| | |
|---|---|
| 16:35:10  1 | Q. Okay. And it -- if you look at this letter, |
| 16:35:12  2 | it's to see Dr. Achleitner in his -- in his office at |
| 16:35:18  3 | 800 West Jefferson, right? |
| 16:35:29  4 | A. Yes. |
| 16:35:30  5 | Q. Okay. And at least if you look at Exhibit |
| 16:35:33  6 | No. 5, it -- Dr. Achleitner makes a few notations. He |
| 16:35:37  7 | talks about your son being seen in the emergency room |
| 16:35:41  8 | for an ankle fracture, right? |
| 16:35:59  9 | A. Yes. |
| 16:36:00 10 | Q. And part of the history, or at least what |
| 16:36:02 11 | Dr. Achleitner gleans from his talking to you and your |
| 16:36:06 12 | son was your son was asked to follow up with an |
| 16:36:10 13 | orthopedic, but didn't have financial means to do so |
| 16:36:16 14 | and ended up being seen by Dr. Lenz, who the letter is |
| 16:36:23 15 | directed to, who referred the -- the patient, your son, |
| 16:36:25 16 | Mr. Carreon, to Dr. Achleitner, right? |
| 16:37:02 17 | A. Yes. |
| 16:37:03 18 | Q. Okay. And at least part of -- part of his exam |
| 16:37:07 19 | he did, he says -- Dr. Achleitner, back in January, |
| 16:37:12 20 | says, "He" -- being the patient -- "does not have much |
| 16:37:16 21 | pain" in the ankle. It says, "either medially or |
| 16:37:21 22 | laterally," whatever that means. But that's what he |
| 16:37:23 23 | kind of notes there, correct? |
| 16:37:50 24 | A. Yes. |
| 16:37:51 25 | Q. Okay. And I guess the most, I think would be, |

```
16:37:55  1   significant finding back in January of 2002,
16:37:58  2   Dr. Achleitner writes that, "I do not think that he" --
16:38:02  3   being the patient, your son -- "will require any
16:38:06  4   surgery," correct?
16:38:07  5        A.   Yes.  That's what the doctor -- Dr. Lenz or
16:38:39  6   Dr. Achleitner?
16:38:40  7        Q.   Achleitner.  That's Dr. Achleitner's notation.
16:38:47  8        A.   Yes.  Yes.
16:38:48  9        Q.   Okay.  You remember the first visit with
16:38:50 10   Dr. Achleitner, him saying, "I don't think your son is
16:38:54 11   going to need an operation"?
16:39:02 12        A.   Yes.  I believe so.
16:39:07 13        Q.   Okay.  And I think your son remembered that,
16:39:10 14   too.  And that was in January, right?  January 25 of
16:39:22 15   2002?
16:39:22 16        A.   Yes.
16:39:27 17        Q.   And then there's a follow-up visit with
16:39:30 18   Dr. Achleitner, and he -- I think he changed his mind
16:39:32 19   or changed his diagnosis.  This was in -- February 20th
16:39:36 20   of 2002?
16:39:37 21        A.   Yes.
16:39:51 22        Q.   Yeah.  And I'm showing you 2-20-2002, Exhibit
16:39:57 23   No. 6.  "Carreon" should be written on there, Carreon
16:40:00 24   Exhibit No. 6.  And that's a second visit with
16:40:03 25   Dr. Achleitner where he says, "I have explained to him
```

```
16:40:06   1   that he has a nonunion of a fracture.  I would suggest
16:40:13   2   open reduction and internal fixation," which I'll
16:40:17   3   represent to you I think is a surgery.
16:40:18   4              Do you remember the second visit with
16:40:20   5   Dr. Achleitner?
16:41:01   6       A.   Yes.
16:41:02   7       Q.   Okay.  And you were there on the first visit to
16:41:04   8   Dr. Achleitner and you were there on the second visit
16:41:07   9   when Dr. Achleitner recommended surgery?
16:41:10  10       A.   Yes.
16:41:22  11       Q.   Okay.  And then Dr. Achleitner also writes down
16:41:29  12   here, "The patient is quite hesitant about this and
16:41:31  13   would like to think about it."
16:41:33  14              Do you remember your -- what your son's
16:41:35  15   reaction was when Dr. Achleitner suggested surgery in
16:41:41  16   February of 2002?
16:41:42  17       A.   How is it that you're saying?  I can't
16:42:05  18   understand what you're saying.
16:42:06  19       Q.   Sure.  I'm sorry.  You're doing exactly what I
16:42:09  20   asked.  Let me rephrase it.  Let me try to make it
16:42:16  21   simple or -- simpler or break it down a little bit.
16:42:19  22   Okay?
16:42:26  23              And Dr. Achleitner wrote -- and I'll give
16:42:29  24   you a chance to read it, Exhibit No. 6.  It says, "The
16:42:33  25   patient is quite hesitant about this and would like to
```


```
16:42:36   1   think about it."  And I think what he's writing is the
16:42:40   2   patient, being your son, is very hesitant about
16:42:43   3   undergoing surgery and would like to think about it.
16:42:46   4               Now, that's my interpretation.  I'm asking
16:42:48   5   you, what do you remember your son's reaction being to
16:42:51   6   a potential surgery?
16:43:44   7        A.   It was because Dr. Achleitner was going to
16:43:47   8   operate him because he saw -- because he saw that he
16:43:52   9   did need an operation -- that he needed an operation,
16:43:56  10   but what happened is that he did not operate him
16:44:00  11   because it's my understanding that the Medicaid ended.
16:44:05  12   It expired.
16:44:06  13        Q.   Okay.  It's your understanding that the
16:44:09  14   operation didn't happen because the Medicaid expired?
16:44:15  15        A.   What?  That he was not operated because it
16:44:26  16   expired?
16:44:26  17        Q.   Yeah.  I'm asking you -- I'm following up on
16:44:30  18   what you said a minute ago.  It's based on what you
16:44:41  19   said earlier.  Your understanding is Dr. Achleitner did
16:44:47  20   not operate because the Medicaid expired.  Is that your
16:44:52  21   understanding of why Dr. Achleitner didn't operate?
16:44:56  22        A.   I think that because the Medicaid expired.  I
16:45:15  23   don't know.
16:45:15  24        Q.   Okay.  That's what you think, but you're not
16:45:18  25   sure?
```

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020
(800)462-0253 (STATEWIDE)

| | | |
|---|---|---|
| 16:45:19 | 1 | A. I was not able to take him back because he did |
| 16:45:30 | 2 | not have insurance and the doctor was not going to see |
| 16:45:33 | 3 | him if he did not have insurance. |
| 16:45:35 | 4 | Q. Achleitner and Lenz? |
| 16:45:38 | 5 | A. Yes. |
| 16:45:41 | 6 | Q. Okay. And Dr. Achleitner wrote that -- that |
| 16:45:49 | 7 | the patient was hesitant about surgery and wanted to |
| 16:45:52 | 8 | think about it. |
| 16:45:53 | 9 | Do you remember your son being hesitant |
| 16:45:55 | 10 | about undergoing surgery and wanting to think about it? |
| 16:46:00 | 11 | A. No. |
| 16:46:03 | 12 | THE INTERPRETER: Do you want me to |
| 16:46:04 | 13 | interpret? |
| 16:46:05 | 14 | MR. HUGHES: No, it's okay. |
| 16:46:06 | 15 | Q. You understand my question and gave your best |
| 16:46:08 | 16 | answer under oath? |
| 16:46:09 | 17 | A. Yes. |
| 16:46:17 | 18 | Q. Okay. Let me show you Carreon Exhibit No. 7. |
| 16:46:22 | 19 | There's a note here that -- a 2-15-02 note from |
| 16:46:30 | 20 | Dr. Achleitner's office. Exhibit No. 7, I think, |
| 16:46:30 | 21 | right? |
| 16:46:46 | 22 | A. Yes. |
| 16:46:47 | 23 | Q. Okay. And it shows here on February 15 of |
| 16:46:50 | 24 | 2002, it says, "No show." |
| 16:46:52 | 25 | Do you remember your son ever not going to |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO CARREON, )( | |
|     Plaintiff )( | |
| )( | |
| VS. )( | CIVIL ACTION NO. B-03-234 |
| )( | (JURY REQUESTED) |
| BROWNSVILLE MEDICAL CENTER )( | |
| AND TENET HEALTHCARE, LTD.,)( | |
|     Defendants )( | |

REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, YOLANDA ALEMAN, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on AUGUST 3, 2004; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

BRYANT & STINGLEY, INC.
McAllen    Harlingen    Brownsville
(956)618-2366    (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)

WITNESS MY HAND on this the 16th day of August, 2004.

*Rhonda Martin*
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date:  12-31-05
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755