IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO CARREON,<br>    Plaintiff | )(<br>)(<br>)( |
| VS. | )( CIVIL ACTION NO. B-03-234<br>)( (JURY REQUESTED) |
| BROWNSVILLE MEDICAL CENTER<br>AND TENET HEALTHCARE, LTD.,<br>    Defendants | )(<br>)(<br>)( |

---

ORAL AND VIDEOTAPED DEPOSITION OF
ARTURO CARREON, JR.
AUGUST 3, 2004

COPY

---

ORAL AND VIDEOTAPED DEPOSITION OF ARTURO CARREON, JR., produced as a witness at the instance of the DEFENDANT BROWNSVILLE MEDICAL CENTER, taken in the above-styled and numbered cause on AUGUST 3, 2004, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of Denis A. Downey, Attorney at Law, 1185 F.M. 802, Suite 3, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

| | | |
|---|---|---|
| 10:34:16 | 1 | Q. Anywhere. |
| 10:34:17 | 2 | A. But at the time when I went to see -- when I |
| 10:34:20 | 3 | went to Santa Maria Clinic, my mom had just gotten a |
| 10:34:23 | 4 | six-month temporary what you call Medicaid or Medicare. |
| 10:34:27 | 5 | We had to go to -- I believe it was Harlingen. |
| 10:34:30 | 6 | Harlingen or San Benito. I don't -- I don't quite |
| 10:34:33 | 7 | recall. She just got me a temporary, which just could |
| 10:34:39 | 8 | be enough for a doctor to, you know, check my -- my -- |
| 10:34:40 | 9 | my foot. That's about it. |
| 10:34:42 | 10 | Q. My question was: Did any of the orthopedic |
| 10:34:45 | 11 | doctors that you see require prepayment or refused to |
| 10:34:49 | 12 | see you? |
| 10:34:50 | 13 | A. I don't quite recall. I don't quite recall. |
| 10:34:53 | 14 | Like I said, my mom was the one to do all the talking, |
| 10:34:56 | 15 | because I usually don't understand, you know. I |
| 10:34:59 | 16 | usually don't understand what -- what they tell me. So |
| 10:35:03 | 17 | I -- my mom does everything. She does everything for |
| 10:35:06 | 18 | me. |
| 10:35:06 | 19 | Q. Okay. So your mother would be the one to know |
| 10:35:08 | 20 | about that? |
| 10:35:09 | 21 | A. That's correct. |
| 10:35:10 | 22 | Q. But you personally have no knowledge of any -- |
| 10:35:13 | 23 | A. I don't -- I'm not good with memory. I don't |
| 10:35:15 | 24 | have a good memory. I don't -- I don't quite remember. |
| 10:35:19 | 25 | I mean, if they did refer me, I don't quite remember. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO CARREON,      )( | |
|    Plaintiff            )( | |
|                         )( | |
| VS.                  )( | CIVIL ACTION NO. B-03-234 |
|                         )( | (JURY REQUESTED) |
| BROWNSVILLE MEDICAL CENTER )( | |
| AND TENET HEALTHCARE, LTD.,)( | |
|    Defendants           )( | |

REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, ARTURO CARREON, JR., was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on AUGUST 3, 2004; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the 16th day of August, 2004.

RHONDA A. MARTIN, Texas CSR 4297
Expiration Date: 12-31-05
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755