IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER AND TENET HEALTHCARE, LTD. | : | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on the date of the signing of this Order, that **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was presented to the Court to be set for hearing; and the Court is of the opinion that same shall be heard;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Defendants' Motion for Summary Judgment is hereby set to be heard on the ___ day of _____, 2004, at ___ o'clock ___.m.

SIGNED this the ____ day of _____, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING