Law Offices Of
# ADAMS & GRAHAM, L.L.P.

WILL HUGHES*
willhughes@adamsgraham.com

222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551
adamsgraham.com
Tel. (956) 428-7495
Fax (956) 428-2954

*Board Certified-Health Law-
Texas Board of Legal
Specialization

December 15, 2004

MAIL
United States District Court
Southern District of Texas
RECEIVED
DEC 17 2004
Michael N. Milby, Clerk

Mr. Michael Milby, Clerk
**UNITED STATES DISTRICT COURT**
Southern District, Brownsville Division
600 E. Harrison, No. 101
Brownsville, Texas 78520

Re:   Civil Action No. B-03-134
      Arturo Carreon v. Brownsville Medical Center
      Our File No. B-1479

Dear Mr. Milby:

This letter is to advise you that I will be on vacation on the following dates:

   March 16, 2005 to March 21, 2005
   March 29, 2005 to April 5, 2005

I respectfully request that no trials or hearings be scheduled during this vacation period. Your cooperation and assistance to avoid any conflicts with this schedule will be greatly appreciated.

By copy of this letter, I am notifying all counsel of record of this vacation schedule. I am also requesting counsel to refrain from noticing any depositions or scheduling any hearing which would require a responsive pleading and/or attendance in Court during this time.

I also request that this letter be filed with the papers of this cause.

Thanking you for your kind courtesies, we remain,

Very truly yours,

ADAMS & GRAHAM, L.L.P.

By: _____
     **Will Hughes**

WH/lj

Mr. Michael Milby, Clerk
Re: Carreon v. BMC
Our File No. B-1479
Page 2


cc: Mr. Denis A. Downey
　　 Attorney at Law
　　 1185 F.M. 802, Suite 3
　　 Brownsville, TX 78521