United States District Court
Southern District of Texas
FILED

MAR 2 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARTURO CARREON                          :
                                        :
VS.                                     :         CIVIL ACTION NO. B-03-234
                                        :
BROWNSVILLE MEDICAL CENTER AND          :
TENET HEALTHCARE, LTD                   :         (JURY REQUESTED)

## BROWNSVILLE MEDICAL CENTER'S RULE 26(3) PRETRIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedures, defendant Tenet Healthcare Ltd. d/b/a Brownsville Medical Center submits for filing its Pretrial Disclosures:

(1)(A) the names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

**SUPPLEMENTAL RESPONSE:**

Arturo Carreon, plaintiff
5 Border Street
Brownsville, TX 78520
956-550-0218

Yolanda Aleman
Tulane Road
Brownsville, TX
956-550-0218
(Plaintiff's mother)

Ismael Flores
Brownsville Medical Center
1040 W. Jefferson
Brownsville, TX 78520
tel: 956-544-1400
(Listed by the plaintiff)

Emilio Moya
Harrison Street
Brownsville, TX 78520
956-504-5794
(Listed by plaintiff)

Risk Manager - Works with defense counsel for hospital and assists in formulating discovery responses. Discoverable information is limited to discovery responses.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Alejandro Hernandez, RHIT, and/or
Custodian of Medical Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Francis Makiolke, and/or
Custodian of Billing Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Carrie Montalvo, and/or
Custodian of Laboratory Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Rudy Cuellar, and/or
Custodian of Radiology Records for
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

**Defendant, Brownsville Medical Center, reserves the right to call for direct or cross examination any of the following physicians and allied healthcare providers as having knowledge of facts and/or as expert witnesses in this case. By so designating, Defendant does not necessarily attest to the truth, veracity or qualifications of those persons identified, rather, Defendant so identifies potential expert witnesses whose knowledge of facts or circumstances directly or indirectly related to this case may, of necessity and substance, require the expression of expert opinion. The below physicians' and health care providers' connection to the case is as identified in the medical records.**

## Physicians

Dr. Ivan G. Melendez - ED Physician for 1st visit.
1216 North 5th St.
McAllen, TX 78501
956-585-8688

Dr. Christopher E. Olson - Mentioned in records of 2nd ER visit.
1134 Los Ebanos Blvd.
Brownsville, TX 78520
956-544-6727

Dr. Jose A. Bossolo - Mentioned in records of 2nd ER visit.
864 Central Blvd., Suite #2900
Brownsville, TX 78520
956-504-6996

Dr. Timothy Rogler-Brown - ED physician for 2nd ED visit.
6500 Padre Blvd., Unit 4
Brownsville, TX 78520

Jim (James) Brian, Advanced Nurse Practitioner
employed by First Responder's
Address Unknown

APN employed by First Responders Emergency Physician. Exact name unknown. Saw plaintiff during second ER visit.

Dr. Paul A. Lenz, M.D.
525 Villa Maria Blvd.
Brownsville, TX 78520
tel:956-542-2521
(referring physician)

Mr. Yates, Cameron County Indigent Health
Brownsville, Texas 78520

Dr. Oliver Achleitner
800 West Jefferson, Suite 200
Brownsville, TX 78520
tel:956-982-6982
(treating physician)

C. S. Graham, M.D.
Cameron County Indigent Referral
(physician gatekeeper)

Daniel Strange, F.N.P.
Villa Maria Clinic
525 Villa Maria Blvd.
Brownsville, TX 78520
tel:956-542-2521
(Nurse practitioner)

**Defendant identifies the following current and former employees of Brownsville Medical Center identified in the medical records. These employees identified would have knowledge about the aspect of the hospital services related the respective employees area of responsibility or related to that particular employees position within the hospital.**

**Hospital Employees:**
Doug Sparks, R.N.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400
(Emergency Room Nurse)

Ingrid Steinbach, R.N.
Director of Emergency Room\Emergency Room Operations
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400
(Involved in care of patient)

Lois Marchan, R.N.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400
(Triage Nurse)

Andrew Ong
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400

Anne Sharpe, R.N.
(Triage Nurse)
No longer at Brownsville Medical Center

Kirby Sundte, LVN.
**BROWNSVILLE MEDICAL CENTER**
1040 W. Jefferson
Brownsville, TX 78520
956-544-1400
(Emergency Room Nurse)

> (1)(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party **that are relevant to disputed facts** alleged with particularity in the pleadings;

**SUPPLEMENTAL RESPONSE:**

Copies of the hospital charts in question. Also, the prior ER admission preceding the two emergency room admissions in question. Also, other relevant documents would be medical records obtained from Dr. Lenz, affidavits of no records from Drs. Bossolo and Olson, as well as medical records from Dr. Achleitner and exhibits to plaintiff's and Yolanda Aleman's depositions. Other relevant tangible things would be x-ray films. Relevant records not produced although mentioned in the deposition of the plaintiff would be his health insurance policy which he testified he purchased that has not been provided.

> (1)(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injury suffered; and

**SUPPLEMENTAL RESPONSE:**

Plaintiff still has never provided any compilation of any damages.

(1)(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

**RESPONSE:**

Defendant has an SIR and a policy of insurance with Hospital Underwriting Group. Defendant does not believe its insurance policy would cover this statutory claim.

(2) Disclosure of Expert Testimony.

Eugene O'Brien
10006 Lazy J Trail
Helotes, TX 78023

Please see Dr. O'Brien's affidavit, a copy of which is attached to defendant's motion for summary judgment. Please also see Dr. O'Brien curriculum vitae and listing of cases Dr. O'Brien testified in for the last four years to the best of the witness's knowledge.

Dr. Michael Mohun
1000 North 8th
McAllen, TX 78501

Please see Dr. Mohun's report, a copy of which is attached. Please also see Dr. Mohun's curriculum vitae. Also attached is a listing of cases Dr. Mohun testified in for the last four years to the beset of the witness's knowledge.

(3) Pretrial Disclosures.

(A) Witnesses defendant intends to call:

Ingrid Steinbach, R.N.
Arturo Carreon, plaintiff (deposition)
Yolanda Aleman, plaintiff's mother (deposition)
Dr. Eugene O'Brien
Dr. Michael Mohun
Dr. Timothy Rogler-Brown
Dr. Oliver Achleitner

(B) See above for deposition testimony of plaintiffs taken stenographically by video-deposition.

(C) The 3 ER admission records, billing records and subsequent treatment records of the providers identified in initial and subsequent disclosures.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
Phone  956/428-7495
Fax     956/428-2954
FCHamby@adamsgraham.com
WillHughes@adamsgraham.com

By: _____
**Will Hughes**
State Bar No.10240100
Federal I.D. No. 15809
**Ferriel C. Hamby, Jr.**
State Bar No. 08817000
Federal I.D. No. 1097
**Roger W. Hughes**
State Bar No.10229500
Federal I.D. No. 5950
ATTORNEYS FOR DEFENDANT
**BROWNSVILLE MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 22nd day of March, 2005:

Mr. Denis A. Downey
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

*Via CM/RRR No. 7003 0500
0002 3732 2044*

_____
Will Hughes