# Michael Thomas Mohun, Jr. M.D. FACEP

1000 North 8th Lane
McAllen, Texas 78501
956 928-1177

March 13, 2005

**RE: Civil Action No. B-03-234**

Law Offices of Adams & Graham
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Dear Mr. Hughes:

I have had the opportunity to review the following medical records:

1. Medical Records from Brownsville Medical Center-1/16/00, 12/7/01, 12/14/01
2. Medical Records from Dr. Oliver Achleitner
3. Medical Records from Dr. Paul Lenz
4. Deposition of Yolanda Aleman
5. Deposition of Arturo Correon
6. X-rays of right ankle of Mr. Correon from Brownsville Medical Center

I have based the opinions in this report on the medical information provided to me at this time. The opinions in this report are also based on my education, training, and experience as a full time practicing emergency physician in a trauma center in the State of Texas. In particular, I graduated from Baylor College of Medicine in Houston, Texas and received my Medical Degree in 1979. I am licensed to practice medicine in Texas and have continually done so since 1979. I am board certified in both Internal Medicine and Emergency Medicine. I am certified in Advance Trauma Life Support for the evaluation and stabilization of traumatic injuries. I am a Fellow of the American College of Emergency Physicians and the Chief of Emergency Medicine at Valley Baptist Medical Center, the regional trauma center in Harlingen, Texas. I am familiar with the standard of care in assessing, treating and stabilizing traumatic injuries to the extremities from the emergency department.

Mr. Arturo Correon was a 21 year old male who presented to the emergency department at Brownsville Medical Center at 2:55am on 12/7/01. History taken at that time revealed a right ankle injury that occurred about 30 minutes prior to arrival. Mr. Correon stated he had stepped wrong and fell injuring his ankle. His initial examination by the nurse in the triage area demonstrated an intact neurovascular exam including intact sensation, painful range of motion and good pulses. He was promptly placed in evaluation room at 3:05am. The emergency physician, Dr. Melendez, saw the patient

at 3:58am and documented a swollen, bruised right ankle. His examination also documented an intact neurovascular exam of the right ankle including good pulses, intact sensation, and a stable but painful range of motion. X-rays were then taken which revealed a bimalleolar fracture of the right ankle with mild separation and displacement. The diagnosis of a closed fracture of the right tibia-fibula was made and the patient was splinted and instructed to be non-weight bearing with the use of crutches. His instructions included elevation, ice, pain medication, and follow up with the orthopedic surgeon that same afternoon. The instructions in Spanish also included for the patient to seek medical attention immediately if he developed any further pain or problems. It is also noted that the patient refused an injection for pain prior to discharge at 5:20am.

Mr. Correon again presented to the Brownsville Medical Center emergency department one week later on 12/14/01 at 2:51pm. His complaint on presentation was intense pain to the right ankle and foot which was rapidly evaluated by the triage nurse. The examination of the ankle revealed a swollen, bruised right ankle with slight cyanosis and numbness to the right foot. The splint and the dressings were removed with complete resolution of the slight blueness and numbness as the circulation improved, as evidenced by the reduction in capillary refill to less than 2 seconds. His pain also reduced in severity. In Express Care in the emergency department at 4:20pm, Mr. Correon was noted to have throbbing pain for days. His repeat examination by Dr. Rogler-Brown, the emergency physician, revealed a painfully, swollen bruised right ankle with intact sensation, motor function and strong pulses. Repeat x-rays of the right ankle showed a widely separated trimalleolar fracture of the ankle in good alignment. Mr. Correon received pain medication by intramuscular injection of Demerol, a new splint, and continuation of his same aftercare instructions. Dr. Rogler-Brown called the orthopedic surgeon to arrange definite follow-up the following Monday with Dr. Olson and the patient was released in a stable, improved condition.

In both emergency department visits to Brownsville Medical Center, Mr. Correon received timely, appropriate medical evaluations and treatment by qualified emergency nurses and physicians. He presented with an emergent medical condition which was thoroughly assessed, diagnosed, stabilized and appropriately referred to an orthopedic specialist for this type of a closed fracture. He was released from the emergency department visits on both occasions improved without any threat to life or limb. All duties to treat this patient were met.

In summary, I strongly feel the Brownsville Medical Center nursing staff and emergency department physicians provided excellent medical care to Mr. Arturo Correon and met the standard of care for this type of injury.

I reserve the right to amend this report as further information is provided to me. If I can be of any further assistance in this case, please do not hesitate to contact me at your convenience.

Sincerely,

*Michael T. Mohun Jr*

Michael T. Mohun, Jr. M.D. FACEP

# CURRICULUM VITAE

Michael T. Mohun, Jr. M.D. FACEP
1000 N. 8th Street
McAllen, Texas 78501
(956) 928-1177

March 2005

Case 1:03-cv-00234   Document 16-2   Filed in TXSD on 03/22/2005   Page 4 of 20

| | |
|---|---|
| PERSONAL | Born: Temple, Texas |
| | Birth date: September 27, 1954 |

EDUCATION AND TRAINING

| | |
|---|---|
| 1959-1973 | Public School |
| | Graduated from Sharpstown High School, May 1973 |
| | Houston, Texas |
| 1973-1976 | Houston Baptist University, Houston, Texas |
| 1976-1979 | Baylor College of Medicine, Houston, Texas |
| May, 1979 | Received Degree of Doctor of Medicine |
| August, 1979 | Passed Licensure Exam to practice Medicine in the State of Texas |
| 1979-1980 | Internship in Internal Medicine |
| | Medical Center Hospital |
| | Audie Murphy Hospital |
| | Robert B. Green Hospital |
| | University of Texas Health Science Center in San Antonio |
| 1980-1982 | Residency in Internal Medicine |
| | Medical Center Hospital |
| | Audie Murphy Hospital |
| | Robert B. Green Hospital |
| | University of Texas Health Science Center in San Antonio |
| June 1982 | Graduated from Internal Medicine Program University of Texas |
| | Health Science Center in San Antonio- Board Eligible |
| September 1982 | Received Board Certification in Internal Medicine |
| August 1987 | Course Director of Advanced Cardiac Life Support |
| November 1987 | Passed Written Examination in Emergency Medicine |
| December 1987 | Certified in Advanced Trauma Life Support |
| November 1988 | Passed Oral Examination in Emergency Medicine |

| | |
|---|---|
| December 1988 | Received Board Certification in Emergency Medicine |
| February 1989 | Affiliate Faculty of American Heart Association |
| September 1989 | Fellow of American College of Emergency Physicians |
| September 1990-1993 | Faculty Instructor of Advance Cardiac Life Support<br>Department of Emergency Medical Technology<br>The University of Texas Health Science Center<br>San Antonio, Texas |
| February 1991 | Reappointment to Affiliate Faculty of American Heart Association |
| June 6, 1991 | Automated External Defibrillator Training<br>The University of Texas Health Science Center San Antonio |
| September 13-14, 1991 | Pediatric Advanced Life Support Course- certified<br>The university of Texas Health Science Center San Antonio |
| May 13, 1992 | Certified in Advanced Trauma Life Support<br>The University of Texas Health Science Center San Antonio |
| July 8, 1992 | Reappointment to Affiliate Faculty of American Heart Association |
| November 1993 | Received Licensure to Practice Medicine in New Mexico |
| July 1994 | Neonatal Resuscitation Certification<br>Holy Cross Hospital<br>Taos, New Mexico |
| July 1994 | Reappointment to Affiliate Faculty of American Heart Association |
| July 1996 | Reappointment to Affiliate Faculty of American Heart Association |
| October 1996 | Certified in Advanced Trauma Life Support<br>The University of Texas Health Science Center San Antonio |
| October 24-28, 1998 | Completed California Emergency Medicine Board Review Course |
| December 1998 | Received Board Recertification in Emergency Medicine |
| May 25, 1999 | Trauma Grand Rounds Lecture on Head and Cervical Spine Traumatic Injuries |
| September 1999 | Recertification of Basic Life Support |

| | |
|---|---|
| November 1999 | Recertification of Pediatric Advanced Life Support |
| November 8-12, 1999 | Intensive Review Course in Pediatric Emergency Medicine<br>Children's Hospital of Philadelphia |
| October 10-11, 2000 | Recertification Advanced Trauma Life Support<br>John Peter Smith Hospital<br>Fort Worth, Texas |
| November 9-10, 2000 | Emcare Annual Medical Director's Conference<br>Dallas, Texas |
| December 3-7, 2000 | Estes Park Institute Leadership Conference<br>Naples, Florida |
| May 3-6, 2001 | VHA Physician/Trustee/CEO Conference 2001<br>Scottsdale, Arizona |
| June 5-6, 2001 | Emcare Regional Leadership Workshop<br>Dallas, Texas |
| September 27, 2001 | Recertification Basic Life Support<br>Valley Baptist Medical Center<br>Harlingen, Texas |
| October 5-6, 2001 | RAHC Faculty Development Symposium<br>Valley Baptist Medical Center<br>Harlingen, Texas |
| October 11, 2001 | Recertification Advanced Cardiac life Support<br>Valley Baptist Medical Center<br>Harlingen, Texas |
| April 18-21, 2002 | VHA Physician/Trustee/CEO Conference 2002<br>San Antonio, Texas |
| May 16, 2002 | GE Six Sigma for Healthcare Symposium<br>Denver, Colorado |
| May 19, 2002 | Recertification Pediatric Life Support<br>Valley Baptist Medical Center<br>Harlingen, Texas |
| June 3-4, 2002 | Emcare Regional Leadership Workshop<br>Dallas, Texas |

| | |
|---|---|
| June 11-13, 2002 | GE six Sigma Conference of ED Flow<br>Harlingen, Texas |
| June 24-25, 2002 | Redefining Risk Management Course- ACEP<br>Las Vegas, Nevada |
| June 24, 2002 | Anaphylaxis Lecture- Internal Medicine Residents<br>Valley Baptist Medical Center |
| January 2002-<br>December 2004 | Department of Pediatrics<br>Clinical Assistant Professor<br>University of Texas Health Science Center San Antonio |
| January 2002-<br>December 2004 | Department of Internal Medicine<br>Clinical Assistant Professor<br>University of Texas Health Science Center |
| February 23, 2003 | Trauma Grand Rounds- Pediatric Trauma<br>Valley Baptist Medical Center<br>Harlingen, Texas |
| June 9-10, 2003 | Emcare Regional Leadership Workshop<br>Dallas, Texas |
| November, 2003 | Recertification of Advanced Cardiac Life<br>Support |
| April 29-May 2<br>2004 | VHA Southwest Physician Conference<br>Henderson, Neveda |
| September 2004 | Member of Texas Stroke Committee for the<br>American Heart Association |
| October 17-20<br>2004 | Scientific Assembly-ACEP<br>San Francisco, California |
| November 1, 2004 | Completion of 2004 LLSA test<br>ACEP |
| December 11, 2004 | Recertification of Advanced Trauma Life Support |
| January 7-8, 2005 | Medical Executive Seminar<br>South Padre Island, Texas |

## WORK HISTORY

| | |
|---|---|
| 1980-1982 | St. Luke's Lutheran Hospital<br>Emergency Department<br>San Antonio, Texas |
| 1981-1982 | Sid Peterson Hospital<br>Emergency Department<br>Kerrville, Texas |
| 1982 | Universidad de Valle<br>Infectious Diseases Rotation<br>Cali, Columbia, South America |
| 1982-1983 | Valley Baptist Medical Center<br>Emergency Department<br>Harlingen, Texas |
| 1983 | Brownwood Regional Hospital<br>Emergency Department<br>Brownwood, Texas |
| 1983-1985 | Lutheran General Hospital<br>Emergency Department<br>San Antonio, Texas |
| 1984-1993 | Southwest General Hospital<br>Emergency Department<br>San Antonio, Texas |
| 1986-1993 | Southwest General Hospital<br>Assistant Medical Director<br>Emergency Department<br>San Antonio, Texas |
| 1989-1991 | Lutheran General Hospital<br>Medical Director<br>Emergency Department<br>San Antonio, Texas |
| 1990-1993 | Humana San Antonio Hospital<br>Emergency Department<br>San Antonio, Texas |
| 1992-1994 | Santa Rosa Northwest Hospital |

|  |  |
|---|---|
|  | Emergency Department<br>San Antonio, Texas |
| 1992-1994 | Santa Rosa Downtown Hospital- Main Campus<br>Medical Director<br>Emergency Department<br>San Antonio, Texas |
| 1994-1995 | Holy Cross Hospital<br>Emergency Department<br>Taos, New Mexico |
| 1995-1996 | McAllen Rio Grande Regional Hospital<br>Medical Director<br>Emergency Department<br>McAllen, Texas |
| 1996-Present | Valley Baptist Medical Center<br>Emergency Department<br>Harlingen, Texas |
| January 2001-Present | Valley Baptist Medical Center<br>Chief of Emergency Medicne<br>Emergency Department<br>Harlingen, Texas |

Legal cases involving review and deposition over the past four years:

I did not keep records until 2002:

My records show the following cases:

1. Armandina Limon..................................2002
2. Mauro Garcia........................................2003
3. Francisco Solis.....................................2003
4. Felix Torres..........................................2003
5. Nickie Cheek........................................2004
6. Ferguson Wood....................................2004


Michael Mohun M.D.

# Eugene T. O'Brien, M.D.

Will Hughes  
222 E. Van Buren, West Tower  
P. O. Drawer 1429  
Harlington, Texas 78551

March 16, 2005

Dear Will,

These are the only cases I have been involved in recently:

Wolff v. Lyday, depo and testify as expert witness for defense, June 2000

Pizana v. Bustemonte, depo and testify as expert witness for defense, November 2004

Mendoza v. Brownsville Medical Center, depo and expert witness for defense, March 2005

I am enclosing a corrected copy of my CV.
I reviewed the affidavit and it seems complete to me. The only thing is I wish that they had noted the name of the orthopaedic doctor they had referred him to on the first ER visit.

Sincerely Yours,

Tom

Eugene T. O'Brien, M.D.

10006 Lazy J Trail  
Helotes, Texas 78023

# CURRICULUM VITAE

## EUGENE T. O'BRIEN, M.D.

10006 Lazy J. Trail
Helotes, Texas 78023

Phone: (210) 695-9136
Fax: (210) 695-9207
E-mail: eobrien3@satx.rr.com

## BACKGROUND

Date of Birth: September 14, 1932
Place of Birth: Minneapolis, Minnesota
Married: Patricia D. O'Brien
Children: 9 children, 27-48 years old; 13 grandchildren

## EDUCATION AND TRAINING

Excelsior High School, Excelsior, Minnesota: September 1946-June 1950
St. John's University, Collegeville, Minnesota: May 31, 1954
University of Minnesota, Minneapolis, Minnesota: June 14, 1958
Rotating Internship, Harbor General Hospital, Torrance, California: July 1, 1958-June 30, 1959
Orthopaedic Surgery Residency, Northwestern University Medical Center, Chicago, Illinois:
  July 1, 1961-June 30, 1966
St. Frances Hospital, Evanston, Illinois, John J. Fahey, M.D.: July 1, 1961–June 30, 1962
Northwestern University, July 1, 1962-December 31, 1962
Veteran's Research Hospital, Chicago, Illinois, Edward L. Compere, M.D.: January 1, 1963-
  December 31, 1963
Cook County Hospital: January 1, 1964-June 30, 1964
Training in Surgery of the Hand, Joseph H. Boyes, M.D., Herbert Stark, M.D. and Charles R.
  Ashworth, M.D., Los Angeles, California: July 1, 1964-December 31, 1964
Los Angeles Veteran's Hospital, Los Angeles, California, Robert Mazet, M.D.: January 1, 1965-
  June 30, 1965
Primary Children's Hospital, Salt Lake City, Utah, Sherman E. Coleman, M.D.: July 1, 1965-
  June 30, 1966

## BOARD CERTIFICATION

Board Certified, American Board of Orthopaedic Surgery, January 18, 1968
Certification of added qualification in Hand Surgery, July 1992

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 2

## MEDICAL LICENSE

Texas

## MILITARY ASSIGNMENTS

July 1, 1959-June 30, 1961: General Medical Officer and Flight Surgeon, Dobbins AFB, Georgia
July 1, 1966-June 30, 1968: Chief of Orthopaedic Surgery Service, Wright-Patterson USAF Medical Center, Dayton, Ohio
July 1, 1968-September 30, 1975: Chief of Hand Surgery Service, Wilford Hall USAF Medical Center, Lackland AFB, San Antonio, Texas
October 1, 1975-October 31, 1979: Chairman, Department of Orthopaedic Surgery and Chief of Hand Surgery Service, Wilford Hall Medical Center, Lackland AFB, San Antonio, Texas
November 1, 1997: Retired from USAF as Colonel

## CIVILIAN PRACTICE

November 1, 1979-July 1981: Associate Professor Orthopaedic Surgery, University of Texas Health Science Center at San Antonio, Texas
August 1981-July 1983: Private practice with Dr. Ira Yount, San Antonio, Texas
August 1983-August 1999: The Hand Center of San Antonio, San Antonio, Texas
August 1999: Semi-retired from practice
Charity Outpatient Orthopaedic Clinic for Daughters of Charity Health Services
Active in teaching orthopaedic residents and hand surgery fellows (see below)
Member South Texas Physicians Outreach with yearly medical trips to Honduras
Physician for The Bridge Emergency Children's Shelter
Designated physician for the Texas Workman's Compensation Commission performing orthopaedic disability evaluations

## ARCHEOLOGY EXPERIENCE

Member Texas Archeology Society (TAS) since 1972
Participated in approximately four TAS field schools
TAS Regional Vice President 1973-1974
South Texas TAS Charter Member for 30 years
Participated in two-week field school at Blue Creek, Belize under direction of Dr. Thomas Guderjan, St. Mary's University, San Antonio, in 1996 and 1998.
Six week field school at Presidio San Saba, Menard, Texas under the direction of Dr. Grant Hall, Texas Tech University, Lubbock, May-June 2000.
Participated in excavations at Punta de Cacao, Belize under the direction of Dr. Hugh Robichaux, Incarnate Word University, San Antonio, July 2001.
Six week course in Bioarchaeology under the direction of Dr. Jane Buikstra, University of New Mexico, Albuquerque. Course given at Campville, Illinoise.
Masters of Arts in Anthropology at University of Texas at San Antonio, San Antonio, Texas

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 3

## ACADEMIC APPOINTMENTS AND TEACHING

Clinical Professor, Orthopaedic Surgery, The University of Texas Health Science Center at San Antonio (UTHSC), San Antonio, Texas
Actively teaching Upper Extremity and Hand Surgery to Orthopaedic surgery residents and hand fellows at UTHSC, The Hand Center and Wilford Hall USAF Medical Center
Instructor in Anthropology, University of Texas at San Antonio (Human Skeleton and Bioarcheology), September-December 2004

## MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

Alpha Omega Alpha Honor Medical Society
Member, American Orthopaedic Association
Fellow, American Academy of Orthopaedic Surgeons
Member, American Society for Surgery of the Hand
Society of Military Orthopaedic Surgeons
American Medical Association
Society of Air Force Clinical Surgeons
Texas Orthopaedic Society

## VOLUNTEER SERVICES

South Texas Physicians Outreach with yearly medical trips to Santa Rosa de Copán, Honduras since 1982.
Daughters of Charity monthly orthopaedic clinic in Losoya, Texas since 1972.
SAAM homeless shelter volunteer since 1995.
Jail ministry at Bexar County Detention Center since 1991.
Physician for the Bridge Acute Care facility for disturbed children for past two years.

## EXIBITS, PUBLICATIONS AND PRESENTATIONS

### Exhibits

Subtotal Resection and Grafting in selected Cases of Solitary Unicameral Bone Cysts. Co-exhibitor with John J. Fahey, M.D. and Harry Kaell, M.D., American Academy of Orthopaedic Surgeons Meeting, January 1962, Chicago, Illinois.

Injuries of the Talus, American Academy of Orthopaedic Surgeons Meeting, January 1972, Washington D.C.

Current Concepts in Hand Splints, American Academy of Orthopaedic Surgeons Meeting, January 1974, Dallas, Texas.

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 4

Diagnostic Pitfalls of the Injured Hand, American Academy of Orthopaedic Surgeons Meeting, February 1975, San Francisco, California, and Texas Medical Association Meeting, May, 1976, Dallas, Texas.

Uncommon Injuries of the Growing Elbow, American Academy of Orthopaedic Surgeons Meeting, February 1977, Las Vegas, Nevada, and Eighth Annual Meeting of the Association of Military Surgeons of the United States, November, 1978, Washington, D.C.

The Dorsalis Pedis Flap. Co-exhibitor with Major Douglas Bunting, III, American Academy of Orthopaedic Surgeons Meeting, February 1978, Dallas, Texas.

Computerized Tomography in Orthopaedic Surgery, American Academy of Orthopaedic Surgeons Meeting, February 1979, San Francisco, California. Co-exhibitor with B.F. Morrey, D.F. Paul and C.A. Helms.

Publications

Fahey, J.J. and O'Brien, E.T.: Acute Slipped Capital Femoral Epiphysis, Review of the Literature, and Report of Ten Cases. Journal of Bone and Joint Surgery, Vol. 47A, 6:1105-1127, September 1965.

Fahey, J.J. and O'Brien, E.T.: Fracture Separation of the Medial Humeral Condyle in a Child Confused with Fracture of the Medial Epicondyle. Journal of Bone and Joint Surgery, 53A: 1102-1104, September 1971.

Dobyns, J.H., O'Brien, E.T., Linscheid, R.L., and Farrow, G.M.: Bowler's Thumb: Diagnosis and Treatment. Journal of Bone and Joint Surgery, 54A: 751-755, June 1972.

Green, D.P. and O'Brien, E.T.: Fractures of the Thumb Metacarpal. Southern Medical Journal, Vol. 65, No. 7: 807-814, July 1972.

McElfresh, E.C., Dobyns, J.D. and O'Brien, E.T.: Management of Fracture-Dislocation of the Proximal Interphalangeal Joints by Extension-Block Splinting. Journal of Bone and Joint Surgery, 54A: 1705-1711, December 1972.

Fahey, J.J. and O'Brien, E.T.: Subtotal Resection and Grafting in Selected Cases of Solitary Unicameral Bone Cyst. Journal of Bone and Joint Surgery, 55A, No. 1: 59-68, January 1973.

O'Brien, E.T.: Injuries of the Talus, American Family Physician, 95-105, November 1975.

O'Brien, E.T. and Fahey, J.J.: Remodeling of the Femoral Neck After in Situ Pinning for Slipped Capital Femoral Epiphysis. Journal of Bone and Joint Surgery, 59A: 62-68, January 1977.

Morrey, B.F. and O'Brien, E.T.: Femoral Neck Factures Following Water Soluble Myelography Induced Spinal Seizures. Journal of Bone and Joint Surgery, 59A, December 1977.

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 5

Green, D.P. and O'Brien, E.T.: Open Reduction of Carpal Dislocations: Indications and Operative Techniques, Journal of Hand Surgery, 39: 250-265, May 1978.

O'Brien, E.T.: Chapter on Fractures and Dislocations of the Carpal Bones, Current Orthopaedic Management, Churchill Livingstone, 1981.

Green, D.P. and O'Brien, E.T.: Carpal Dislocations. Clinical Orthopaedics and Related Research, 149: 55-71, 1980.

Helms, C.A., O'Brien, E.T. and Katzberg, R.W.: Segmental Reflex Sympathetic Dystrophy Syndrome. Radiology, 135: 67-68, 1980.

O'Brien, E.T.: The Sprained Finger That Isn't. Postgraduate Medicine, 1980.

Edwards, G.S., O'Brien, E.T. and Heckman, M.M.: Retrograde Cross Pinning of Transverse Metacarpal and Phalangeal Fractures. Hand, 14: 141-148, 1982.

Kimmel, R.B. and O'Brien, E.T.: Surgical Treatment of Avascular Necrosis of the Proximal Pole of the Capitate. A Case Report. Journal of Hand Surgery, 7: 284-286.

O'Brien, E.T.: Fractures of the Metacarpals and Phalanges. In: Green, D.P. (Ed.), Operative Hand Surgery, Churchill Livingstone, Inc., 1982.

O'Brien, E.T.: Acute Fractures and Dislocation of the Carpus. Orthopaedic Clinics of North America, 15: 237, April 1984.

O'Brien, E.T.: Fractures of the Hand and Wrist Region. In: Rockwood, C.A., Wilkins, K.E. and King, R.E. (Eds.) Fractures in Children. Philadelphia, J.B., Lippincott, 1984, 3rd Edition, 1991. 4th Edition, 1996.

O'Brien, E.T.: The Paralytic Elbow. In: Morrey, B.F. (Ed.) The Elbow and Its Disorders. Philadelphia, W.B. Saunders, 1985. 2nd Edition, 1993.

O'Brien, E.T.: Acute Fractures and Dislocations of the Carpus. In: Lichman, D. (Ed.) The Wrist. Its Afflictions and Disorders. W.B. Saunders, 1988.

O'Brien, E.T.: Surgical Principle and Planning for the Rheumatoid Hand and Wrist Clinics in Plastic Surgery, 3: 407-420, July 1996.

Presentations

O'Brien, E.T. and Gurvey, M.S.: Silastic Sheet Interposition in Post-Traumatic Radio-Ulnar Synostosis. Report of Three Cases. Presented at the Society of Military Orthopaedic Surgeons Meeting. U.S. Military Academy, West Point, New York, September 1970.

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 6

Injuries of the Talus. Presented at the American Academy of Orthopaedic Surgeons sponsored Foot Symposium, San Antonio, Texas, September 1971, and at the Society of Military Orthopaedic Surgeons Meeting, San Francisco, California, September 1971.

Lunate and Perilunate Dislocations. Presented at the American Academy of Orthopaedic Surgeons sponsored Hand Symposium, San Antonio, Texas, September 1972.

O'Brien, E.T. and Giller, W.J.: Acute Carpal Tunnel Syndrome. Presented at the Society of Military Orthopaedic Surgeons Meeting, Portsmouth, Virginia, September 1972.

James, R.E. and O'Brien, E.T.: Barton's Fractures. Presented at the Society of Military Orthopaedic Surgeons Meeting, Portsmouth, Virginia, September 1972.

American Academy of Orthopaedic Surgeon Sound-Slide Lectures, Lunate and Perilunate Dislocations of the Wrist. Prepared at Las Vegas, Nevada, January 1973. Presented as a sound-slide at the American Academy of Orthopaedic Surgeons Meeting, Dallas, Texas, January 1974.

Elbow Injuries in Children. Presented at Brooke Army Medical Center Trauma Meeting, San Antonio, Texas, April 1973.

Pitfalls in Injuries of the Upper Extremity. Presented at the Bexar County Trauma Meeting at the University of Texas, San Antonio, Texas, April 1973.

Harris, W.D. and O'Brien, E.T.: Fracture-Separation of the Distal Humeral Epiphysis. Presented at the Air Force Clinical Surgeons Meeting, San Antonio, Texas, April 1973.

O'Brien, E.T. and Gates, G.F.: Complications of Lunate and Perilunate Injuries of the Wrist. Presented at the Society of Military Orthopaedic Surgeons Meeting, El Paso, Texas, September 1973.

Elbow Injuries in Children, Primary Care of the Injured Hand and Prosthetic Arthroplasty in the Hand. Presented at the International Congress of Traumatologists, Santiago, Chile, April 1974.

Wilson, R.O. and O'Brien, E.T.: Unusual Complications of Colles' Fractures. Presented at the Society of Military Orthopaedic Surgeons Meeting, Colorado Springs, Colorado, November 1974.

Trevino, S.G. and O'Brien, E.T.: Hemi Joint Replacement with Autogenous Bone Graft. Presented at the Society of Military Orthopaedic Surgeons Meeting, Colorado Springs, Colorado, November 1974.

Discussor for the paper on Medical and Surgical Importance of the Arterial Bone Supply of the Thumb, by Parks, B.J., Arbelaez, J. and Horner, R.L., American Society for Surgery of the Hand, San Francisco, California, March 1975.

Fractures and Dislocations of the Thumb. Presented at the Air Force Clinical Surgeons Meeting, San Antonio, Texas, April 1975.

O'Brien, E.T. and Fahey, J.J.: Remodeling of the Femoral Neck After In Situ Pinning of Slipped Capital Femoral Epiphysis. Presented at the American Academy of Orthopaedic Surgeons, New Orleans, Louisiana, January 1976.

Gelsey, J.E. and O'Brien, E.T.: Non-union of the Humerus. Presented at the Society of Military Orthopaedic Surgeons Meeting, Silver Spring, Maryland, November 1976.

O'Brien, E.T. and Buchanan, J.R.: Non-union of the Humerus. Presented at the Society of Military Orthopaedic Surgeons Meeting, Silver Spring, Maryland, November 1976.

Green, D.P. and O'Brien, E.T.: Techniques of Open Reduction of Intercarpal Dislocations Presented at the American Society for Surgery of the Hand, Las Vegas, Nevada, January 1977.

Panel Member on Sports Injuries of Upper Extremity. Presented at American Society for Surgery of the Hand, Las Vegas, Nevada, January 1977.

The Current Status of Prosthetic Arthroplasty in the Upper Extremity. Presented at USAFE Medical Service Conference, Garmisch, Germany, October 1977.

Treatment of Missed Carpal Dislocations. Presented at Society of Military Orthopaedic Surgeons, San Antonio, Texas, November 1977.

Neff, S.B. and O'Brien, E.T.: Posterior-Monteggia Fracture-Dislocation. Report of Five Cases. Presented at the Society of Military Orthopaedic Surgeons Meeting, San Antonio, Texas, November 1977.

Visiting Air Force consultant to Europe (Spain, England and Germany), October 1977.

Diagnosis, Treatment and Complications of Fractures and Dislocations of the Carpus and Radiocarpal Joint. Presented at the AAOS Postgraduate Course – Musculoskeletal Trauma; Present State of the Art, San Francisco, California, April 1978.

Athletic Injuries of the Hand Wrist. Presented at the Texas Athletic Injuries Meeting, Austin, Texas, April 1978.

O'Brien, E.T. and Ruefer, F.M.: Volar Perilunar Dislocation. Presented at the Texas Orthopaedic Association Meeting, San Antonio, Texas, May 1978.

Chairman, Military Hand Symposium on Primary Care of the Injured Hand, San Antonio, Texas, May 1978.

Eugene T. O'Brien, M.D.
Curriculum Vitae
Page 8

Intercarpal Dislocations. Presented in Panel on Carpal Instability. American Society for Surgery of the Hand. Atlanta, Georgia, February 1980.

Guest Lecturer Society of Military Surgeons. The Broadmoore, Colorado Springs, Colorado, November 1984. Fractures of the Child's Hand and Wrist.

Instructional Course on Problem Fractures of the Wrist given a the American Academy of Orthopaedic Surgeons Meeting, 1985 (Las Vegas, Nevada) 1986 (New Orleans, Louisiana) and 1987 (San Francisco, California).

J.J. Fahey Memorial Lecture. Reconstruction of the Elbow, Westin Hotel, San Antonio, Texas March 1985.

Visiting Consultant, Tripler Army Hospital, Hawaii, April 1994.

Visiting Consultant, Elmendorf Air Force Base, Alaska, July 1995.

Surgery for Fractures of the Child's Wrist and Hand. Presented at Operative Management of Children's Fractures, Hyatt Regency Hill Country Resort, San Antonio, Texas, October 1985 and 1996.

Soft Tissue Injuries in the Athlete's Hand and Wrist. Presented at Sports Symposium, University of Texas Health Science Center of San Antonio, San Antonio, Texas, January 1997.