United States District Court
Southern District of Texas
FILED

MAR 29 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S ANSWER

COMES NOW, Defendant Brownsville Medical Center, and files this its **MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S ANSWER** and would respectfully show the Court as follows:

### I. Certificate of Conference

Counsel for Defendant has conferred with counsel for Plaintiff, and he is not opposed to this motion.

### II. Status of Case and Issues Presented

Discovery is completed. The joint pre-trial order is due April 14, 2005; the final pre-trial conference is set for April 27, 2005; and jury selection is set for May 9, 2005.

### III. Grounds for Supplementation

During the course of discovery, evidence was elicited to support a claim by defendant that plaintiff had failed to mitigate his damages. Defendant therefore seeks leave to amend its answer to include a contention that plaintiff failed to mitigate his damages.

## IV. Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant prays that its companion First Supplemental Answer be permitted to be filed, and for any other relief at law or equity to which it may show itself entitled.

    Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: _____
Roger W. Hughes
State Bar No. 10229500
Federal ID No. 5950
Will Hughes
State Bar No. 10240100
Federal ID No. 15809
Scott T. Clark
State Bar No. 00795896
Federal ID No. 21676

Attorneys for *Defendant*
BROWNSVILLE MEDICAL CENTER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the ___29___ day of March, 2005.

Mr. Denis A. Downey  
ATTORNEY AT LAW  
1185 F.M. 802, Suite 3  
Brownsville, TX 78521

*Via CM/RRR 7003 0500 0002 3732 2013*

Roger W. Hughes