IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | |

### DEFENDANT BROWNSVILLE MEDICAL CENTER'S
### FIRST SUPPLEMENTAL ANSWER

COMES NOW BROWNSVILLE MEDICAL CENTER, the Defendant in the above styled and numbered cause, and files this its First Supplemental Answer, and in connection therewith would respectfully show unto the Court the following:

#### Supplemental Item I

#### Failure to Mitigate Damages

Defendant affirmatively pleads that, if Plaintiff's claims are true, which is denied, then Plaintiff's damages, if any, were proximately caused, in whole or in part, by Plaintiff's failure to use reasonable diligence to mitigate those damages and/or Plaintiff's unreasonable failure to take advantage of one or more opportunities to prevent or lessen his damages, if any.

WHEREFORE, PREMISES CONSIDERED, this Defendant prays that upon final hearing hereof that Plaintiff not recover as prayed for in Plaintiff's Original Petition or Complaint, and for such other and further relief, at law or in equity, as it may show itself

justly entitled to receive.

                          Respectfully submitted,

                          **ADAMS & GRAHAM, L.L.P.**
                          222 E. Van Buren, West Tower
                          Harlingen, Texas 78550
                          956/428-7495

                          By: _____
                          Roger W. Hughes
                          State Bar No. 10229500
                          Federal ID No. 5950
                          Will Hughes
                          State Bar No. 10240100
                          Federal ID No. 15809
                          Scott T. Clark
                          State Bar No. 00795896
                          Federal ID No. 21676

                          Attorneys for *Defendant*
                          BROWNSVILLE MEDICAL CENTER

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the ____ day of March, 2005.

Mr. Denis A. Downey                            *Via CM/RRR 7003 0500 0002 3732 2013*
ATTORNEY AT LAW
1185 F.M. 802, Suite 3
Brownsville, TX 78521

                                                        _____
                                                        Roger W. Hughes