

United States District Court
Southern District ...
ENTERED

MAR 3 0 2005

Michael N. Milby,
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| BROWNSVILLE MEDICAL CENTER AND TENET HEALTHCARE, LTD. | : | (JURY REQUESTED) |



CAME ON FOR CONSIDERATION Brownsville Medical Center's Unopposed Motion for Leave to Supplement Defendant's Answer and the Court is of the opinion that said request should be granted and that Brownsville Medical Center is granted leave to supplement Defendant's Answer.

SIGNED this the 30th day of March, 2005.

_____
United States District Judge

cc: Mr. Denis Downey, 1185 F.M. 802, Suite 3, Brownsville, TX 78521
    Mr. Will Hughes, ADAMS & GRAHAM, L.L.P., P. O. Drawer 1429, Harlingen, TX 78551-1429