UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

| ARTURO CARREON | CASE NO. 1:03-CV-00234 |
|---|---|
| versus - - - - - - - - - - - - - - -<br>BROWNSVILLE MEDICAL CENTER, et al | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Defendants | Proceeding      Date<br>Civil Trial    May 9, 2005 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Redacted ED Log (12/7/01 -12/14/01) | | |
| 2 | 1/16/00 BMC ED Record | | |
| 3 | 12/7/01 BMC ED Record | | |
| 4 | 12/14/01 BMC ED Records | | |
| 5 | Dr. Paul Lenz's Records | | |
| 6 | Dr. Oliver AChleitner's Records | | |
| 7 | X-rays from BMC | | |
| 8 | Plaintiffs' Health Insurance Policies | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

| ARTURO CARREON<br>versus - - - - - - - - - - - - - - -<br>BROWNSVILLE MEDICAL CENTER<br>et al | CASE NO. 1:03-CV-00234 |
|---|---|
| | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Plaintiff<br>Defendants | Proceeding     Date<br>Civil Trial     May 9, 2005 |

1. Dr. Timothy Rogler-Brown.

2. Dr. Eugene O'Brien.

3. Dr. Michael Mohun.

4. Ingrid Steinbach, R.N.

5. Lois Marchan, R.N.

6. Dr. Oliver Achleitner.

7. Custodians of records only if authenticity of records is challenged.

8. Arturo Carreon

9. Yolanda Aleman

10. Dr. John Wells (subject to defense objection to failure to designate and produce for deposition before discovery cutoff).