United States District Court
Southern District of Texas
FILED

JUL 21 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARTURO CARREON

VS.                                                          CIVIL ACTION NO. B-03-234

BROWNSVILLE MEDICAL CENTER
AND TENET HEALTHCARE, LTD.

## DEFENDANTS' FRCP 58(d) REQUEST FOR
## ENTRY OF SEPARATE JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants Brownsville Medical Center and Tenet Healthcare, Ltd., and file this their request that the Court direct the clerk to enter a separate document memorializing the Court's Summary Judgment Order [Docket No. 21] and in support thereof would respectfully show the Court as follows:

### I.
### Factual Background

On April 26, 2005, this honorable Court entered its opinion and order on defendants' Motion for Summary Judgment. See [Docket No. 14]. The Court's opinion and order denies all relief and disposes of all parties and all claims [Docket No. 21]. Rule 58 of the Federal Rules of Civil Procedure contemplates that the District Clerk as part of the Clerk's

administrative duties will prepare, sign, and enter judgment upon a decision by the Court. Fed.R.Civ.P.58.

## II.
## Request for Relief

In accordance with Federal Rule of Civil Procedure 58(d) defendants request that judgment memorializing the Court's opinion and order be set forth on a separate document as provided by rule 58(a)(1) of the Federal Rules of Civil Procedure. A proposed final judgment is attached for the Court's consideration. A copy of the proposed Judgment on Decision by the Court is patterned after form 32 of the Appendix of Forms to the 2005 Federal Civil Judicial Procedure and Rules pamphlet.

## III.
## Certificate of Conference

Exhibit "A" is a copy of a letter to opposing counsel. See Exhibit A. Counsel for Defendants have not received a response and would request the Clerk enter the appropriate judgment.

## IV.
## Conclusion

Defendants ask the Court to direct the Clerk to enter judgment.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that its request for entry of a separate document memorializing the Court's Summary Judgment Order [Docket No. 21], be granted and for any other relief at law or equity to which it may show itself entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
956/428-7495

By: _____
    Will Hughes
    State Bar No. 10240100
    Federal ID No. 15809
    Roger W. Hughes
    State Bar No. 10229500
    Federal ID No. 5950
    Scott T. Clark
    State Bar No. 00795896
    Federal ID No. 21676

Attorneys for *Defendant*
BROWNSVILLE MEDICAL CENTER AND
TENET HEALTHCARE, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 18th day of July, 2005.

Mr. Denis A. Downey            *Via CM/RRR 7005 0390*
ATTORNEY AT LAW            **0003 5870 3275**
1185 F.M. 802, Suite 3
Brownsville, TX 78521

_____
Will Hughes