LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

WILL HUGHES
Board Certified in Health Law
Texas Board of Legal Specialization

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
adamsgraham.com

TEL. (956) 428-7495
FAX (956) 428-2954

willhughes@adamsgraham.com

June 27, 2005

Mr. Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite 3
Brownsville, TX 78521

Via Fax No. 956-544-0562

Re:   Civil Action No. B-03-234
      Arturo Carreon v. Tenet Healthcare, Ltd. d/b/a
      Brownsville Medical Center
      Our File No. B-1479

Dear Denis:

Judge Hilda Tagle signed the Order and Opinion of Summary Judgment on April 26, 2005. I looked through the Federal Rules of Civil Procedure and note that the Clerk of the Court is *sua sponte* to enter a separate judgment disposing of the case. See Fed. R. Civ. P. 58(a)(2)(A). Consequently, I will be filing a Request for Entry of Separate Judgment because I think this is what the Federal Rules of Civil Procedure require in this circumstance.

I am sending a proposed Judgment to you for your consideration. This is based on Form 32 of the Appendix of Forms contained in the 2005 edition of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 84 ("The forms contained in the Appendix of Forms are sufficient under the rules...."). I believe I am entitled to costs; however, my proposed Order does not seek costs from the plaintiff. I am requesting you review my proposed Order and approve the form of the Order only and return it to me so I can present it to the clerk with my motion.

I appreciate your kind courtesies.

Very truly yours,

ADAMS & GRAHAM, L.L.P.

By: _____
      Will Hughes

WH/lj

Enclosure(s): As stated.

EXHIBIT "A"

[12 lj/wh] C:\FILES\B-1479\counsel\Marchan.fax006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | |

## JUDGMENT ON DECISION BY THE COURT

This action came on for hearing before the Court, Honorable Hilda Tagle, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged that the plaintiff take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

Dated at Brownsville, Texas, this ___ day of _____, 2005.

_____
Clerk of Court

APPROVED AS TO FORM ONLY:

Mr. Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite 3
Brownsville, TX 78521
Tel:956-544-0561

By:_____
   Dennis A. Downey
   ATTORNEY FOR ARTURO CARREON

[12lj]c:\files|B-1479\motions\judgment-002                                            Page 1

APPROVED AND ENTRY REQUESTED:

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel:956-428-7495

By: _____
    Will Hughes
ATTORNEYS FOR BROWNSVILLE MEDICAL CENTER
AND TENET HEALTHCARE, LTD.

```
                    TRANSMISSION RESULT REPORT      ( JUN 27  '05   01:17PM )
                                                 ADAMS . GRAHAM, LLP   ATTORNEYS
                                                                          (AUTO)
```

THE FOLLOWING FILE(S) ERASED

| FILE | FILE TYPE | OPTION | TEL NO. | PAGE | RESULT |
|---|---|---|---|---|---|
| 087 | MEMORY TX | | 5440562 | 04/04 | OK |

ERRORS
1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION

---

LAW OFFICES OF

## ADAMS & GRAHAM, L.L.P.

WILL HUGHES
Board Certified in Health Law
Texas Board of Legal Specialization

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551
adamsgraham.com

TEL. (956) 428-7495
FAX (956) 428-2954
willhughes@adamsgraham.com

FAX TRANSMISSION SHEET

DATE:     June 27, 2005                    TOTAL NO. OF PAGES: 4
                                              (including this page)

FROM:     Will Hughes                       FILE NO.: B-1479

TO   :    Mr. Denis A. Downey              Via Fax No. 956-544-0562

Re:  Civil Action No. B-03-234
     Arturo Carreon v. Tenet Healthcare, Ltd. d/b/a
     Brownsville Medical Center
     Our File No. B-1479