IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-03-234 |
| | : | |
| BROWNSVILLE MEDICAL CENTER | : | |
| AND TENET HEALTHCARE, LTD. | : | |

## JUDGMENT ON DECISION BY THE COURT

This action came on for hearing before the Court, Honorable Hilda Tagle, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged that the plaintiff take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

Dated at Brownsville, Texas, this ___ day of _____, 2005.


_____
Clerk of Court