United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO CARREON, | § § | |
| Plaintiff, | § | |
| v. | § § | NO. B-03-234 |
| BROWNSVILLE MEDICAL CENTER AND TENET HEALTHCARE, LTD. | § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

BE IT REMEMBERED, that on July 22, 2005, the Court, having granted summary judgment in favor of the Defendants, enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 22nd day of July 2005.

Hilda G. Tagle
United States District Judge

1